## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEA ROSENBAUM, individually, and<br>next friend of, Z.M., a minor | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-16-0380-HE |
| | ) | |
| CHARLES E. HITCHCOCK, and CRST | ) | TRIAL DOCKET:_____ |
| INTERNATIONAL, INC. d/b/a CRST | ) | |
| EXPEDITED, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FINAL PRETRIAL REPORT

All counsel who will appear at trial:

Appearing for Plaintiff:  Monty L. Cain, Cain Law Office, 10415 Greenbriar Place, Oklahoma City, OK 73159

Anthony M.  Laizure, Laizure Law, PLLC, 2120 E. 15th St, Tulsa, OK 74104

Stephen M. Smith, Brain Injury Law Center, 2100 Kecoughtan Rd, Hampton, VA 23661

David Holt, Brain Injury Law Center, 2100 Kecoughtan Road, Hampton, VA   23661

Appearing for Defendant:  Robert T. Goolsby, James L. Gibbs, 701 N. Broadway Ave. #400, Oklahoma City, OK 73102

**Jury Trial Demanded** X-  **Non-Jury Trial**

1.   BRIEF PRELIMINARY STATEMENT:

Facts:  On July 16, 2014, at 10:12 p.m., a tractor trailer driven by Defendant Charles Hitchcock collided with a Mazda M31 in which Dea Rosenbaum and he minor child were sitting. The collision happened on a bridge on I-40, near mile marker 105 in Canadian County, Oklahoma.

Plaintiff's position:  Defendant Charles E. Hitchcock was acting within the course and scope of his employment with Defendant CRST Expedited, Inc. Defendant Hitchcock was negligent because he saw or should have seen from about a mile away that Ms. Rosenbaum's car was disabled on the bridge. Despite that, Defendant Hitchcock continued to drive his tractor trailer at about 65 miles per hour. Defendant Hitchcock did not slow down and stop before hitting Ms. Rosenbaum's car. Defendant Hitchcock did not change lanes to avoid hitting Ms. Rosenbaum's car. Defendant Hitchcock acted in

reckless disregard for the safety of Ms. Rosenbaum. Defendant Hitchcock was grossly negligent. Defendant CRST conducted an investigation and determined that Defendant Hitchcock was at fault because he was inattentive and hit Ms. Rosenbaum's car from the rear.

Defendants' position: The Defendants admit that on July 16, 2014 that Charles E. Hitchcock, while in the scope and course of his employment with CRST Expedited, Inc., struck Plaintiff's vehicle from behind. At the time of the accident, Plaintiff's vehicle had become disabled on a bridge with no shoulder. Mr. Hitchcock was unable to timely change lanes and struck Plaintiff's vehicle, which was stopped partially in the lane of travel. Defendants admit Mr. Hitchcock was negligent. Defendants dispute the extensive nature and extent of Plaintiff's claim of both economic and non-economic damages.

2.   <u>JURISDICTION</u>.  Diversity Jurisdiction pursuant to 28 U.S. §1332(a)(1)

3.   <u>STIPULATED FACTS</u>.  List stipulations as to all facts that are not disputed, including jurisdictional facts.

Plaintiff:

A.   Plaintiff is a citizen of the State of Oklahoma.

B.   Defendant Hitchcock is a citizen of the State of Ohio.

C.   Defendant CRST Expedited, Inc. is a corporation with its principal place of business in the State of Iowa.

D.   At the time of the collision, the Defendant Hitchcock was acting within the course and scope of his employment with Defendant CRST Expedited, Inc.

Defendant: Defendants are willing to stipulate to liability for this accident. Plaintiffs' attorneys thus far are unwilling to accept this stipulation.

4.   <u>LEGAL ISSUES</u>.

Plaintiff:

A.   The cap on non-economic damages imposed by 23 O.S. § 61.2 (D) "the statute" violates the Oklahoma Constitution's Article 7, §15 which requires a jury to return a general verdict and prohibits the use of interrogatories required by the statute.

B.   The statute violates Art. 2, § 19 of the Oklahoma Constitution that provides the right to jury trial "shall be and remain inviolate" because the right to jury trial extends to the determination of damages.

C.   The statute violates Art. 2, §6 of the Oklahoma Constitution, which provides for open access to the Courts and prohibits legislation that denies the constitutional guarantee of a fundamental right such as access to the courts.

D.   The statute violates Art. 2, § 7 of the Oklahoma Constitution, the Due Process Clause, which has been held to be the equivalent to the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.  The statute discriminates on its face against those

persons, such as Dea Rosenbaum, who sustain serious and permanent injuries because the statute limits their ability to recover fully for those injuries, whereas those persons who suffer very minor injuries are entitled to be compensated in full for their injuries.

      E.     The statute violates Art. 5, § 46 of the Oklahoma Constitution because it is a "special law" that creates preferences and establishes inequality by limiting its application to only a select group of plaintiffs, those with the most severe injuries and most in need of compensation.

      F.     The statute violates Art. 4, § 1 of the Oklahoma Constitution, the separation of powers, by allowing the legislature to impose an automatic remittitur on a jury's verdict without regard to the bases for that verdict. It allows the legislature to sit as the proverbial 13th juror and overrule the collective wisdom of the other 12 jurors who actually heard the evidence in the case.

      G.     The testimony of Mark Sexton is inadmissible pursuant to F.R.E. 702.

      H.     Defendant Hitchcock was grossly negligent.

      I.     Defendant Hitchcock acted in reckless disregard for the safety of Dea Rosenbaum.

    Defendants:

      A.     Whether or not the testimony of Plaintiff's medical expert, Dr. Gregory O'Shanick, is admissible under Daubert analysis. F.R.E. 702;

      B.Whether or not the testimony of Plaintiff's medical expert, Dr. Shawn Smith, is admissible under Daubert analysis. F.R.E.702;

      C.     Whether or not the testimony of Plaintiff's accident reconstruction expert, Ronald Blevins, is admissible under Daubert analysis. F.R.E. 702; and

      D.     Whether or not the testimony of Plaintiff's economic experts, Lon Huff and Dr. William Clark, is admissible under Daubert analysis. F.R.E. 702;

      E.     Defendants deny these facts will rise to the level such that a punitive damage instruction should be given and/or awarded to Plaintiff;

      F.     Defendants will assert that the statutory cap on non-economic damages is constitutional.

5.       CONTENTIONS AND CLAIMS FOR DAMAGES OR OTHER RELIEF SOUGHT.

      A.     Plaintiff

| Grounds for Recovery | Applicable Statute, Ordinance, |
|---|---|

|     |                                                                                                                                                                                                                                                                                                                                                 | Common Law Rule         |
| --- | --- | --- |
| 1.  | Defendant Hitchcock did not use ordinary care to prevent injury to Dea Rosenbaum                                                                                                                                                                                                                                                                 | Common law (OUJI 10.1)  |
| 2.  | Defendant Hitchcock did not exercise ordinary care in keeping a lookout consistent with the safety of other persons.                                                                                                                                                                                                                             | Common law (OUJI 10.2)  |
| 3.  | Defendant Hitchcock did not devote full time and attention to driving.                                                                                                                                                                                                                                                                           | 47 O.S. § 11-901b       |
| 4.  | Defendant Hitchcock drove his vehicle in a careless or wanton manner without regard for the safety of Dea Rosenbaum                                                                                                                                                                                                                              | 47 O.S. § 11-901 (A)    |
| 5.  | Defendant Hitchcock did not drive his truck at a careful and prudent speed not greater than nor less than is reasonable and proper, having due regard to the traffic, surface and width of the highway and any other conditions then existing.  No person shall drive any vehicle on a highway at a speed greater than will permit the driver to bring it to stop within the assured clear distance ahead. | 47 O.S. § 11-801 (A)    |
| 6.  | Defendant Hitchcock has been guilty of reckless disregard for the rights of others                                                                                                                                                                                                                                                               | 23 O.S. § 9.1           |
| 7.  | Defendant Hitchcock was grossly negligent                                                                                                                                                                                                                                                                                                        | 25 O.S. § 6             |
|     |                                                                                                                                                                                                                                                                                                                                                 |                         |

| **Damages or Relief Sought** |                                                                                                                                                                                              | **Amount**              |
| --- | --- | --- |
| 1.  | Physical and mental pain and suffering, past and future; physical condition immediately before and after the collision; nature and extent and permanency of injuries; physical impairment; loss of enjoyment of life | $5,000,000              |
| 2.  | Impairment to earning capacity                                                                                                                                                                | $586,094 - $1,168,688   |
| 3.  | Future medical expenses                                                                                                                                                                       | $241,747                |
| 4.  | Punitive damages                                                                                                                                                                              | Limited by 23 O.S. §9.1 |

B.      Defendant

1.      Contention 1:  Defendants admit Mr. Hitchcock was negligent in causing the accident. With that, CRST Expedited, Inc. is vicariously responsible for his actions;

2. Contention 2: These Defendants deny the nature and extent of Plaintiff's economic and non-economic damages to include some of her past, current and future medical bills and expenses, any and all claims of lost wages or earnings capacity, both past, present and future, and the nature and extent of any pain and suffering;

3. Contention 3: Plaintiff failed to mitigate her damages;

4. Contention 4: Defendants' deny Mr. Hitchcock was grossly negligent;

5. Contention 5: Defendants deny Plaintiff is entitled to punitive damages; and

6. Contention 6: Plaintiffs non-economic damages are limited by 23 O.S. §61.2(B).

6.     <u>EXHIBITS</u>.  The following exclusionary language **<u>MUST</u>** be included:

Unlisted exhibits will not be admitted unless, by order of the court, the final pretrial order is amended to include them.

A.     <u>Plaintiff:</u>

| NO. | DESCRIPTION | OBJECTION | FEDERAL RULE OF EVIDENCE RELIED UPON |
|---|---|---|---|
| **EXHIBITS PLAINTIFF IS LIKELY TO USE AT TRIAL** | | | |
| 1. | CRST 00001-000005:   CRST First Report of the wreck | Prejudicial, Hearsay, Not Best Evidence and Cumulative. | 802 and 403 |
| 2. | CRST 000011-000013:  Photos of semi and Mazda at the scene | Prejudicial, Cumulative and Hearsay. | 802 and 403 |
| 3. | CRST 000014-000033:   Photos of Mazda taken by CRST | Prejudicial, Cumulative and Hearsay. | 802 and 403 |
| 4. | CRST 000036-000051:   Scene photos taken by Leonard Lipps | Prejudicial, Cumulative and Hearsay. | 802, 401, 402, 411 |
| 5. | CRST 000215-000265:   Collision Tracking Report, including photos of vehicles taken at the scene the night of the crash and photos of the tractor-trailer | Prejudicial, Cumulative and Hearsay. | 802 and 403 |
| 6. | CRST 000266-00093: CRST Driver Handbook (Plaintiff does not anticipate admitting the entire handbook into evidence but may use selected pages in case in chief or for impeachment purposes) | Relevancy | 401 and 402 |
| 7. | CRST 000695:  Over the Road Driver Job Description | Hearsay and Relevancy | 802, 401, and 402 |
| 8. | CRST 000985-000995:   Incident Details—Omnitracs Critical Event Reporting | | |
| 9. | Aerial Photo of Scene provided by Ron Blevins | | |
| 10. | Delorme Maps provided by Ron Blevins | | |

| 11. | OHP Scene Diagram | Hearsay and Narrative. | 802 and 403 |
|---|---|---|---|
| 12. | Photos of Mazda taken by Ron Blevins | Hearsay and Cumulative. | 802 and 403 |
| 13. | Photos of Scene taken by Ron Blevins | Hearsay and Cumulative and Relevancy | 802, 401, 402 and 403. |
| 14. | Photos of Bridge Wall taken by Ron Blevins | Hearsay and Cumulative and Relevancy | 802, 401, 402 and 403. |
| 15. | Recording of 911 calls—on an audio CD | Hearsay and Relevancy | 802, 401, 402, |
| 16. | Dr. O'Shanick's Rule 26 report | Hearsay, Cumulative and Not the Best Evidence | 802 and 403. |
| 17. | Photographs of brain and skull models | Hearsay and Cumulative | 802 and 403. |
| 18. | Illustration entitled "Mechanism of Brain Injury" | Hearsay and Cumulative. | 802 and 403. |
| 19. | A video animation entitled "Neuron Suicide and Murder: Traumatic Axonal Injury Resulting in Delayed and/or Progressive Symptoms" | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 20. | A video animation entitled "Cascade Effect on Neuronal Loss" | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 21. | Illustration of rotational forces inside the brain | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 22. | Illustration of axon damage | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 23. | Illustration entitled "Location of Brain and Cranial Nerve Functions" | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 24. | Illustration entitled "Closed Head Injury" | Prejudicial, Hearsay, Cumulative, Relevancy, | 802, 401, 402 and 403. |

| | | Speculation and Duplications | |
|---|---|---|---|
| 25. | Illustration entitled "Cell Injury Resulting in Spread of Cell Death" | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 26. | Illustration of a contrecoup injury | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 27. | Illustration of a contrecoup effect | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 28. | PowerPoint presentation entitled "Neural Pathway for Visual Interpretation of Written Language & Math and for Spoken Response, Neural Pathway for Eye Movement/Reading, Neural Pathway for Hearing & Speaking, Neural Pathway for Balance, and Combined Neural Pathways. | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 29. | Demonstrative Models of the Skull and Brain | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 30. | Anatomy of the Brain" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 31. | Rotational View of Skull and Brain Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 32. | Cell Injury Resulting in Cell Death" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 33. | Closed Head Injury" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and | 802, 401, 402 and 403. |

| | | Duplications | |
|---|---|---|---|
| 34. | "Location of Brain and Cranial Nerve Functions" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 35. | Axon Damage Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 36. | Demonstrative Models of the Skull and Brain | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 37. | "Anatomy of the Brain" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 38. | "Neural Pathway" Demonstrative Aid Presentations | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 39. | Rotational View of Skull and Brain Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 40. | "Cell Injury Resulting in Cell Death" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 41. | "Closed Head Injury" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 42. | "Location of Brain and Cranial Nerve Functions" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |

| 43. | Axon Damage Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
|---|---|---|---|
| 44. | Side View of Brain" Demonstrative Aid | Prejudicial, Hearsay, Cumulative, Relevancy, Speculation and Duplications | 802, 401, 402 and 403. |
| 45. | Summary of Plaintiff's Life Care Plan needs and costs. | WITHDRAWN, duplicate to PX: 81 | |
| 46. | Summary of Plaintiff's economic losses. | WITHDRAWN, duplicate to PX: 64 | |
| 47. | William Ruwe, Ph.D.'s expert report | Hearsay, Not Best Evidence and Cumulative. | 802 and 403. |
| 48. | William Ruwe, Ph.D.'s neuropsychological evaluation of Dea Rosenbaum. | WITHDRAWN, duplicate of PX: 47 | |
| 49. | Medical specials for Dea Rosenbaum | Objection. Not Produced | |
| 50. | Medical records from Weatherford Regional Hospital | | |
| 51. | Medical records from Dr. Conley at Oklahoma Sports Science and Orthopaedics | Hearsay | 802 |
| 52. | Community Hospital X-rays and MRI | No Objection, except to redaction of non-privileged information | |
| 53. | Medical records from Dr. Francio at Oklahoma Spinal Surgery and Orthopedics | WITHDRAWN, duplicate PX: 51 | |
| 54. | Dea Rosenbaum's patient transaction report | WITHDRAWN | |
| 55. | Dea Rosenbaum's Blue Cross / Blue Shield claim form | WITHDRAWN | |
| 56. | Medical records from Dr. Lowrance at the Mercy Clinic | Incomplete and Potentially Misidentified | 106 |
| 57. | Medical records from Dr. White | WITHDRAWN | |
| 58. | Medical records from Stephanie Taylor & Heather Painter at Midwest Regional Physical Therapy | Hearsay and Cumulative | 802 and 403 |
| 59. | Medical records from Dr. Miller at the Mercy Clinic | WITHDRAWN | |
| 60. | Medical records from Dr. O'Shanick from the Center for Neurorehabilitation Services | Hearsay and Cumulative | 802 and 403 |
| 61. | Medical records from Dr. Smith at Physical Medicine and Rehabilitation | WITHDRAWN, duplicate of PX: 79 | |
| 62. | Medical records from Dr. Lipton at the Albert Einstein College of Medicine | WITHDRAWN, duplicate of PX: 82 | |

| 63. | Medical records from Dr. Wise | Hearsay | 802 |
|---|---|---|---|
| 64. | Expert report from Dr. Clark | Hearsay, Not Best Evidence and Cumulative | 802 and 403 |
| 65. | Medical records from Dr. Patel | WITHDRAWN | |
| 66. | Medical records from Dr. Pillow | WITHDRAWN | |
| 67. | Medical records from the Oklahoma Hearing Center | WITHDRAWN | |
| 68. | Diagnostic tests from Weatherford Hospital | WITHDRAWN | |
| 69. | Diagnostic tests from Dr. Conley | WITHDRAWN | |
| 70. | Diagnostic tests from Midwest Regional Physical Therapy | WITHDRAWN | |
| 71. | Diagnostic tests from Community Hospital | WITHDRAWN | |
| 72. | Diagnostic tests from the Mercy Clinic | WITHDRAWN | |
| 73. | Diagnostic tests from Mercy Hospital | WITHDRAWN | |
| 74. | Diagnostic tests from Neurorehabilitation Services | WITHDRAWN | |
| 75. | Diagnostic tests from the Albert Einstein College of Medicine | WITHDRAWN | |
| 76. | Diagnostic tests from Select Physical Therapy | WITHDRAWN | |
| 77. | Diagnostic tests from the Oklahoma Hearing Center | WITHDRAWN | |
| 78. | The deposition transcript of Dr. O'Shanick | Inappropriate Exhibit | |
| 79. | Rule 26 report of Dr. Smith | Hearsay, Not Best Evidence and Cumulative | 802 and 403 |
| 80. | Rule 26 report of Dr. Conley | Hearsay, Not Best Evidence and Cumulative | 802 and 403 |
| 81. | Rule 26 report from Lon Huff | Hearsay, Not Best Evidence and Cumulative | 802 and 403 |
| 82. | Medical records from Montefiore Medical Center | | |
| 83. | Deposition transcript and Exhibits of Nina Holmes Exhibit 1 PX83-0021/PX83-0022 Exhibit 2 PX83-0023/PX83-0024 Exhibit 3 PX83-0025/PX83-0026 Exhibit 4 PX83-0027/PX83-0028 | Hearsay | 802 |
| 84. | Deposition transcripts of Charles Haffenden (Defendants' 30 (b) (6) witness) | Inappropriate Exhibit | |
| 85. | Charles Hitchcock's phone records | Hearsay, Relevancy, Not Previously Produced and Prejudicial. | 802, 401, 402 and 403. |
| 86. | Oklahoma Department of Transportation documents, records, photos of the repair of the bridge damaged by the vehicles in this wreck.(Will be Supplemented upon | Not Produced, Relevance, Hearsay and | 802, 401, 402 and 403. |

| | the return of Plaintiff's Subpoena Duces Tecum) | Prejudicial. | |
|---|---|---|---|
| 87. | Oklahoma Highway Patrol Dashcam | Relevancy, Prejudicial, Subject to Motion in Limine. | 401, 402 and 403. |
| 88. | Oklahoma Highway Patrol response to Plaintiff's Subpoena Duces Tecum | Objection. Not Produced | |
| 89. | Before and after photos of Plaintiff Dea Rosenbaum | Cumulative, Relevancy and Not Properly Identified. | 401, 402 and 403. |
| 90. | All photos of the scene taken after the collision | Cumulative, Relevancy, Prejudicial and Hearsay. | 802, 401, 402 and 403. |
| 91. | Photos and video taken by Trooper Haney | WITHDRAWN | |
| 92. | Photos taken by Larry Rosenbaum | Cumulative, Relevancy, Prejudicial and Hearsay. | 802, 401, 402, and 403 |
| 93. | Photos taken by Nina Holmes | Cumulative, Relevancy, Prejudicial and Hearsay | 802, 401, 402, and 403 |
| 94. | Photos taken by Ron Blevins | Cumulative, Relevancy, Prejudicial and Hearsay | 802, 401, 402, and 403 |
| **EXHIBITS PLAINTIFF MAY USE IF THE NEED ARISES** | | | |
| 95. | CRST 0000173-0000188: Maintenance Equipment History for Tractor and Trailer | Relevancy, Hearsay and Prejudicial | 802, 401, 402, and 403 |
| 96. | CRST 000189-000214: Defendant Hitchcock's medical information | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 97. | CRST 000594-000598: Driver Inquiry Personnel | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 98. | CRST 000602-000672: Driver application/qualification file | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 99. | CRST 000673-000694: Drive application/qualification file | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |

| 100. | CRST 000717-000747:   Driver Log for Defendant Hitchcock | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
|---|---|---|---|
| 101. | CRST 000751-000756:  QTRACS Message Directory Listing | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 102. | CRST 000757:  Citation given to Defendant Hitchcock | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 103. | CRST 000758-000761:  State of Oklahoma v. Charles Hitchcock TR-2014-3458 Docket Sheet | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 104. | CRST 000766-000815:   GPS Coordinates for Hitchcock's tractor and trailer | Relevancy, Hearsay, Prejudicial and Subject to Motion in Limine. | 802, 401, 402, and 403 |
| 105. | Deposition transcript of Charles Hitchcock | Hearsay, Not Best Evidence and Improper Exhibit. | 802 |
| 106. | Deposition transcript of Nat Tull | WITHDRAWN | |
| 107. | Expert witness deposition transcripts | Hearsay, Not Best Evidence and Improper Exhibit. | 802 |
| 108. | Defense expert's entire file, including but not limited to curriculum vitae, licensure file, fee schedule, any and all material reviewed, reports generated, research relied upon and videos of Defense Medical Examination of Plaintiff, if not otherwise objected to by the Plaintiff. | Hearsay, Not Best Evidence, Improper Exhibit and Cumulative. | 802 and 403 |
| 109. | All exhibits produced through discovery and/or subpoenas not otherwise objected by Plaintiff. | WITHDRAWN | |
| 110. | Pleadings filed by any party, to include responses to discovery requests. | WITHDRAWN | |
| 111. | All exhibits listed by the Defendant not otherwise objected to by Plaintiff. | WITHDRAWN | |
| 112. | Any and all documents regarding the investigation of the collision by Defendants or any representative of Defendants. | WITHDRAWN | |
| 113. | Any other exhibit the identity or importance of which is discovered in the process of discovery in this case, which is ongoing. | WITHDRAWN | |
| 114. | Any other exhibit, which in the interest of justice, should be offered as an exhibit for the jury at the trial | WITHDRAWN | |

| | of this matter. | | |
|---|---|---|---|
| 115. | Plaintiff reserves the right to amend and supplement as discovery continues. | WITHDRAWN | |

B. <u>Defendant</u>:

| No. | <u>DESCRIPTION</u> | <u>OBJECTION</u> | **FEDERAL RULE OF EVIDENCE <u>REL IED UPON</u>** |
|---|---|---|---|
| 1. | CRST 000001-000005 First Investigation Report | | |
| 2. | CRST 000009 Diagram on Official Oklahoma Traffic Collision Report #AR01095-14 | | |
| 3. | CRST 000034-000035 Charles Hitchcock's Driver's License | Relevancy and Hearsay | FRE 401, 402,403; FRE 801, 802 803 |
| 4. | CRST 000037-CRST 000038, CRST 000051 Photographs of the bridge | Relevancy and Hearsay | FRE 401, 402,403; FRE 801, 802 803 |
| 5. | CRST 000173-000188 Maintenance Equipment History Report for Tractor 676M and Trailer 306316 from July 17, 2013 to July 17, 2014 | | |
| 6. | CRST 000189-000214 Charles Hitchcock's drug and physical tests | | |
| 7. | CRST 000266-000593 CRST's Driver Handbook | | |
| 8. | CRST 000594-000598 Charles Hitchcock's CRST Driver Maintenance File | | |
| 9. | CRST 000602-000672 Charles Hitchcock's Employee File | | |
| 10. | CRST 000673-000694 Charles Hitchcock's Application | | |
| 11. | CRST 000717-000747 Charles Hitchcock's Pre-and Post-Audit Logs | | |
| 12. | CRST 000762-000764 CRST's cargo slip/bill of lading | Relevancy and Hearsay | FRE 401, 402,403; FRE 801, 802 803 |
| 13. | CRST 000765 Dea Rosenbaum's Recorded Statement | Hearsay and Not a proper exhibit | FRE 801, 802, 803 |
| 14. | CRST 000766-000815 Charles Hitchcock's GPS log between 5/25/2014 to 7/23/2014 | | |
| 15. | CRST 000874-000888 Medical records and bills from Trevor White, D.O. | | |
| 16. | CRST 000889-000899 Medical records from Weatherford Regional Hospital | | |
| 17. | CRST 000900-000959 Medical records from Community Hospital | | |
| 18. | CRST 000960-000965 Medical records from | | |

| | Montefiore University Hospital i.e. DTI MRI | | |
|---|---|---|---|
| 19. | CRST 000966-000967 Mustang Pro Lube's Responses to Subpoena Duces Tecum | Relevancy and Hearsay | FRE 401, 402,403; FRE 801, 802 803 |
| 20. | CRST 000968-000984 Little Caesars Pizza's Responses to Subpoena Duces Tecum | Relevancy and Hearsay | FRE 401, 402,403; FRE 801, 802 803 |
| 21. | CRST 000985-000995 Qualcomm Event Report | | |
| 22. | CRST 000996-001037 Union City High School Responses to Subpoena Duces Tecum | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 23. | CRST 001038-001095 AT&T Responses to Subpoena Duces Tecum | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 24. | CRST 001103-001168 Medical records and bills from Dr. Arthur Conley/OSSO and Dr. Vinicus Francio, chiropractic physician | | |
| 25. | CRST 001170-001331 Medical records from Dr. Richard Lowrance | | |
| 26. | CRST 001332-001333 Medical record from Mercy Hospital El Reno | | |
| 27. | Any and all records from Geary Fire Department | WITHDRAWN | |
| 28. | Any and all records from Hinton Police & Fire Department | WITHDRAWN | |
| 29. | Any and all records from Parkview EMS Hinton | WITHDRAWN | |
| 30. | Any and all records from Caddo County Sheriff's Department | WITHDRAWN | |
| 31. | Any and all records from Calvin Wrecker Services | Hearsay | FRE 801, 802, 803 |
| 32. | Plaintiff's medical records and bills from Dr. Doris Wise | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 33. | Plaintiff's medical records and bills from Dr. Anil Patel/Dean McGee | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 34. | Plaintiff's medical records and bills from Dr. Jonathan Pillow | WITHDRAWN | |
| 35. | Plaintiff's medical records and bills from Oklahoma Hearing Center | WITHDRAWN | |
| 36. | Plaintiff's medical records and bills from Select Physical Therapy | WITHDRAWN | |
| 37. | Plaintiff's medical records and bills from Dr. Ram Singh/St. Anthony | WITHDRAWN | |
| 38. | Any and all of Dea Rosenbaum's diagnostic testing, medical records | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 39. | Defendants' Expert File of David E. Johnsen, M.D. | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 40. | Defendants' Expert File of Dennis E. Foster, M.D. | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 41. | Defendants' Expert File of Christy V. Wilson Adkins | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |

| 42. | Defendants' Expert File of Mark W. Sexton including exhibits to Expert report | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
|---|---|---|---|
| 43. | 2011 Tax Returns – Little Caesars | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 44. | 2014 Tax Returns – Sonic | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 45. | 2014 Sonic W2 | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 46. | Gregory O'Shanick, MD's file to include questionnaire | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 47. | William D. Ruwe, Psy.D, Ph.D's hard data test results for all tests he administered to Plaintiff | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 48. | Exhibit 5 to Ronald Blevins' deposition | | |
| 49. | Dea Rosenbaum and Dea "Terry" Facebook, MySpace, Twitter and any other social media | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 50. | Aerial of the accident location | Relevancy, Hearsay not a proper exhibit | FRE 401,402,403; FRE 801, 802, 803 |
| 51. | Demonstrative Aids and relevant medical journals, treatises, studies and articles as to all of Plaintiff's complaints | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 52. | CRST 0002255 – BVA medical record | Relevancy and Hearsay | FRE 401,402,403; FRE 801, 802, 803 |
| 53. | Any and all documents produced in discovery not objected to by Defendant | WITHDRAWN | |
| 54. | Any and all exhibits identified as discovery progresses unless objected to by Defendant | WITHDRAWN | |

7.   <u>WITNESSES</u>:  The following exclusionary language **MUST** be included:

Unlisted witnesses in chief will not be permitted to testify unless, by order of the court, the final pretrial order is amended to include them.

A.  Plaintiff:

| NO. | WITNESS | ADDRESS | EXPECTED TESTIMONY |
|---|---|---|---|
| | | **WITNESSES EXPECTED TO BE CALLED** | |
| 1. | Dea L. Rosenbaum | c/o Cain Law Office P.O. Box 892098 Oklahoma City, OK 73189 | Will testify about her education and other relevant background; difference in her condition before and after the wreck; employment history; facts of the wreck; her injuries. |
| 2. | Charles Hitchcock | c/o Robert Todd Goolsby, 701 N. Broadway, Suite 400 Oklahoma City, Oklahoma 73102 | Will testify regarding his knowledge of the facts and circumstances of the wreck and his conversations with OHP Trooper Haney. |

| 3. | Nina Holmes (Witness) | 225 Pine Brae Rd. Old Fort, NC 28762 | Will testify regarding her knowledge of the facts and circumstances of the incident. Ms. Holmes will testify via video deposition. |
|---|---|---|---|
| 4. | Larry Rosenbaum (Dad) | 16830 Hoss Circle El Reno, OK 73036 | Will testify regarding his knowledge of the facts and circumstances of the wreck; injuries to Dea Rosenbaum; the difference between Dea before and after the wreck. |
| 5. | Brenda Brady (Mom) | 111 Walnut Ave. Yukon, OK 73099 | Will testify regarding his knowledge of the facts and circumstances of the wreck; injuries to Dea Rosenbaum; the difference between Dea before and after the wreck. |
| 6. | Ronnie Rosenbaum (Brother) | 16830 Hoss Circle El Reno, OK 73036 | Will testify regarding his knowledge of the facts and circumstances of the wreck; injuries to Dea Rosenbaum; the difference between Dea before and after the wreck. |
| 7. | Steven Terry | 811 S. Roberts Ave. El Reno, Ok 73036 | Testify about the Plaintiff's physical condition before and after the accident. |
| 8. | Dr. Arthur Conley | 3110 SW 89th, Suite 200E Oklahoma City, OK 73159 | Will testify regarding care and treatment of Plaintiff; diagnosis; examination and findings; prognosis; future medical care; nature and extent and permanency of injuries; all matters in his deposition and Rule 26 report. |
| 9. | Doris Wise, Ph.D | 3441 W. Memorial Rd. #7 Oklahoma City, OK 73134 | Will testify regarding care and treatment of Plaintiff; diagnosis; examination and findings; prognosis; future medical care; nature and extent and permanency of injuries; |
| 10. | Trooper Sean Haney Badge No. 291 | Oklahoma Highway Patrol Troop A 2480 SW 74th Street Oklahoma City, OK 73159 | Will testify regarding his investigation of the wreck; his conversations with Charles Hitchcock; will sponsor his diagram of the scene of the wreck and the dashcam video of his investigation. |
| 11. | Ron Blevins | Blevins Enterprises 11201 S. Council Rd. Oklahoma City, OK 73173 | Accident reconstruction expert; will testify about the speed of Hitchcock truck; actions taken by Hitchcock before the wreck; interpretation of vehicle data provided by Defendants; all matters covered in his Rule 26 report and his deposition. |
| 12. | Dr. Gregory O'Shanick, M.D. | Center for Neurorehabilitation Services 7401 Beaufont Springs Dr., | Treating neuropsychiatrist and expert witness.  Dr. O'Shanick will testify about the cause, nature and extent of |

| | | Suite 205<br>Richmond, VA 23225 | Dea Rosenbaum's traumatic brain injury; diagnosis; prognosis for the future; future medical care; all aspects of traumatic brain injury;  employability of Dea Rosenbaum; all matters covered in his Rule 26 report and deposition. |
|---|---|---|---|
| 13. | Dr. William D. Ruwe, Psy.D., Ph.D | NeuroResources<br>3441 W. Memorial Rd., Suite 7,<br>Oklahoma City, OK 73134 | Expert witness.  Neuropsychologist. Will testify about his evaluation of Dea Rosenbaum; testing done; results of tests; findings regarding traumatic brain injury; degree of impairment; cause, nature and extent of traumatic brain injury; recommendations for future medical treatment. All matters covered in his Rule 26 report and deposition. |
| 14. | Dr. Shawn Smith, M.D. | Jim Thorpe Rehabilitation<br>5100 N. Brookline Ave., # 500<br>Oklahoma City, OK 73112 | Expert medical witness; Will testify about his evaluation of Dea Rosenbaum; findings regarding traumatic brain injury and other injuries; degree of impairment; cause, nature and extent of traumatic brain injury and other injuries; recommendations for future medical treatment. Whether Dea Rosenbaum can work.  All matters covered in his Rule 26 report and deposition. |
| 15. | Lon Huff, M.S., C.R.C., C.D.M.S. | LDH Consultants<br>3233 E. Memorial Rd., Edmond, OK 73013 | Expert vocational rehabilitation expert and life care planner; Will offer opinions regarding Dea Rosenbaum's injuries and the effects that they will have on her ability to work in the future; future medical costs. All matters covered in his Rule 26 report and deposition. |
| 16. | Dr. William Clark, Ph.D. | 1830 Coventry Lane<br>Oklahoma City, OK 73120 | Expert economist.  Will testify about the present value of Dea Rosenbaum's future medical expenses and impairment to earning capacity. |
| 17. | Charles Haffenden | c/o Robert Todd Goolsby, 701 N. Broadway, Suite 400 Oklahoma City, Oklahoma 73102 | CRST designated 30 (b)(6) witness; will testify about policies and procedures of company, investigation of wreck, preventability determination and findings that Defendant Hitchcock was at fault. |
| **WITNESSES THAT MAY BE CALLED IF THE NEED ARISES** | | | |
| 18. | Dawn Karlin | 10135 Old 66 Rd.<br>Hydro, OK 73048 | Testify about the Plaintiff's physical condition before and after the |

| | | | accident. |
|---|---|---|---|
| 19. | John Karlin | 10135 Old 66 Rd. Hydro, OK 73048 | Testify about the Plaintiff's physical condition before and after the accident. |
| 20. | Trevor White, O.D. | 100 N. Choctaw El Reno, OK 73036 | Will testify regarding care and treatment of Plaintiff. |
| 21. | Donald Woolfolk | 216-882-9775 Address: Unkown | Will testify regarding his knowledge of the facts and circumstances of the incident. |
| 22. | Lisa Seipel | c/o Robert Todd Goolsby, 701 N. Broadway, Suite 400 Oklahoma City, Oklahoma 73102 | Will testify regarding her knowledge of the facts and circumstances of the incident. |
| 23. | Dr. Richard Lowrance | 605 SW 27th St. El Reno, OK 73036 | Will testify regarding care and treatment of Plaintiff. |
| 24. | Bryan Albrecht | Calvin Wrecker Services 312 W. Woodson St. El Reno, OK 73036 | Will testify regarding his knowledge of the facts and circumstances of the incident. |
| 25. | Nat Tull | 423-252-9556 Address: Unknown | Will testify regarding his knowledge of the facts and circumstances of the incident. |
| 26. | Dr. Doris Wise | 3441 W. Memorial Rdl, #7 Oklahoma City, OK 73134 | Will testify regarding care and treatment of Plaintiff. |
| 27 | Dr. Anil Patel | 608 Stanton L. Blvd. Oklahoma City, OK 73104 | Will testify regarding care and treatment of Plaintiff. |
| 28. | Dr. Jonathan Pillow | Fisher Hall, 3824 South Blvd., #160 Edmond, OK 73013 | Will testify regarding care and treatment of Plaintiff. |
| 29. | Oklahoma Hearing Center | 3048 SW 89th St. Suite B Oklahoma City, OK 73159 | Will testify regarding care and treatment of Plaintiff. |
| 30. | Rock Wegmann | c/o Robert Todd Goolsby, 701 N. Broadway, Suite 400 Oklahoma City, Oklahoma 73102 | Will testify regarding his knowledge of the facts and circumstances of the incident. |
| 31. | Charles Haffenden | c/o Robert Todd Goolsby, 701 N. Broadway, Suite 400 Oklahoma City, Oklahoma 73102 | Will testify regarding his knowledge of the facts and circumstances of the incident. |
| 32. | Tony Spencer | 405-437-6544 | Testify about the Plaintiff's physical condition before and after the accident. |
| 33. | Geary Fire Department Firefighters who responded to the scene. | 118 NW 1st St. Geary, OK 73040 | Will testify regarding their knowledge of the facts and circumstances of the incident. |
| 34. | Myisha Schoolcraft | 405-439-8350 | Testify about the Plaintiff's physical condition before and after the accident. |

| 35. | Edner Valencia | 405-406-5967 | Testify about the Plaintiff's physical condition before and after the accident. |
| 36. | Plaintiff reserves the right to supplement witness list, as discovery is ongoing. | | |

B.  Defendant:

| | **WITNESS** | **SUMMARY OF TESTIMONY** | **EXPECTED TO TESTIFY** |
| --- | --- | --- | --- |
| 1. | Dea L. Rosenbaum c/o Cain Law Office PO BOX 892098 Oklahoma City, OK 73189 | Deposed. | To be called. |
| 2. | Charles Hitchcock c/o Goolsby, Proctor, Heefner & Gibbs 701 N. Broadway, Suite 400 Oklahoma City, OK 73102 | Deposed. | To be called. |
| 3. | Donald Woolfolk 13301 6th Avenue E. Cleveland, OH  44112 (216) 882-9775 | Testify to the facts and circumstances regarding the accident. | May be called if the need arises. |
| 4. | Nina Holmes 225 Pine Brae Road Old Fort, NC  28762 (828) 442-2490 | Deposed. | To be called. |
| 5. | Nat Tull Address Unknown (423) 252-9556 | Testify to his knowledge about the facts and circumstances regarding the accident. | May be called if the need arises and if found. |
| 6. | Hinton Fire Department Firefighter 115 S. Broadway Avenue Hinton, OK 73047 | Alleged firefighter, identified by Plaintiff, who allegedly spoke to Defendant Hitchcock and who will testify to the facts and circumstances regarding the accident. | May be called if the need arises. |
| 7. | Geary Fire Department Chief Choate 118 NW 1st Street Geary, OK 73040 | Alleged firefighters, identified by Plaintiff, whom responded to the scene and whom will testify to the facts and circumstances regarding the accident. | May be called if the need arises. |
| 8. | Bryan Albrecht Calvin Wrecker SERvices 312 W. Woodson Street El Reno, OK 73036 | Testify to his knowledge about the facts and circumstances regarding the accident. | May be called if the need arises. |

| 9. | Larry Rosenbaum (dad)<br>16830 Hoss Circle<br>El Reno, OK 73036 | Deposed. | May be called if the need arises. |
|---|---|---|---|
| 10. | Brenda Brady (mom)<br>111 Walnut Avenue<br>Yukon, OK 73099 | Deposed. | May be called if the need arises. |
| 11. | Ronnie Rosenbaum (brother)<br>16830 Hoss Circle<br>El Reno, OK 73036 | Deposed. | May be called if the need arises. |
| 12. | Tony Spencer<br>Address Unknown<br>(405) 437-6544 | Deposed. | May be called if the need arises. |
| 13. | Steven Terry<br>811 S. Roberts Avenue<br>El Reno, OK 73036 | Deposed. | May be called if the need arises. |
| 14. | Dawn Karlin<br>10135 Old 66 Road<br>Hydro, OK 73048 | Witness, identified by Plaintiff, who will testify about the Plaintiff's physical condition before and after the accident. | To be called. |
| 15. | John Karlin<br>10135 Old 66 Road<br>Hydro, OK 73048 | Witness, identified by Plaintiff, who will testify about the Plaintiff's physical condition before and after the accident. | To be called. |
| 16. | Ryan Patrick Mills<br>10135 Old 66th Road<br>Hydro, OK 73048 | Witness who will testify about the Plaintiff's physical condition before the accident. | May be called if the need arises. |
| 17. | Melinda "Shannon" Beck<br>PO BOX 332<br>Wheeler, T X<br>580-374-7002 | Witness who will testify about the Plaintiff's physical condition before and after the accident. | May be called if the need arises. |
| 18. | Myisha Schoolcraft<br>(405) 439-8350 | Witness, identified by Plaintiff, who will testify about the Plaintiff's physical condition before and after the accident. | May be called if the need arises. |
| 19. | Edner Valencia<br>(405) 406-5967 | Witness, identified by Plaintiff, who will testify about the Plaintiff's physical condition before and after the accident. | May be called if the need arises. |
| 20. | Arthur H. Conley, M.D.<br>3110 SW 89th Street, Suite 200E<br>Oklahoma City, OK 73159 | Will testify regarding treatment and care of Plaintiff and authentication of documents if not previously stipulated to | To be called. |
| 21. | Dr. Vinicius Francio<br>Chiropractic Physician<br>3110 SW 89th Street, Suite 200E<br>Oklahoma City, OK 73159 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 22. | Mike Pflughoft, PA | Treatment and care of Plaintiff and | May be called if |

| | 3110 SW 89th Street, Suite 200E<br>Oklahoma City, OK 73159 | authentication of documents if not previously stipulated to | the need arises |
|---|---|---|---|
| 23. | Trevor White, O.D.<br>100 N. Choctaw<br>El Reno, OK 73036 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 24. | Dr. Richard Lowrance<br>605 SW 27th Street<br>El Reno, OK 73036 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 25. | Dr. Doris Wise<br>3441 W. Memorial Road 7<br>Oklahoma City, OK 73134 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 26. | Dr. Anil Patel<br>Dean McGee Eye Institute<br>608 Stanton L. Young Blvd.<br>Oklahoma City, OK 73104-5065 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 27. | Representative and/or Record Custodian of<br>Weatherford Regional Hospital<br>3701 East Main Street<br>Weatherford, OK 73096 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 28. | Representative and/or Record Custodian of Community Hospital<br>3100 SW 89th<br>Oklahoma City, OK 7315 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 29. | Representative and/or Record Custodian of<br>Regional Physical Therapy<br>9309 East Reno Avenue<br>Midwest City, OK 73130 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 30. | Representative and/or Record Custodian of Mercy Hospital El Reno<br>2115 Parkview Drive<br>El Reno, OK 73036 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 31. | Representative and/or Record Custodian of Diagnostic Imaging<br>PO BOX 96846<br>Oklahoma City, OK 73143 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 32. | Representative and/or Record Custodian of Montefiore University Hospital<br>111 East 210th Street<br>Bronx, NY 10467 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 33. | Representative and/or Record Custodian of Select Physical Therapy<br>1300 S. Country Club<br>El Reno, OK | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 34. | Dr. Ram Singh | Treatment and care of Plaintiff and | May be called if |

|  | St. Anthony<br>13500 S. Tulsa Dr. Ste 200<br>Oklahoma City, OK 73170 | authentication of documents if not previously stipulated to | the need arises |
|---|---|---|---|
| 35. | Dr. Larry Henry<br>BVA Advanced Eye Care<br>14701 N Santa Fe Ave,<br>Edmond, OK 73013 | Treatment and care of Plaintiff and authentication of documents if not previously stipulated to | May be called if the need arises |
| 36. | Charles Haffenden<br>c/o Goolsby, Proctor, Heefner & Gibbs<br>701 N. Broadway, Suite 400<br>Oklahoma City, OK 73102 | Deposed. | May be called if the need arises. |
| 37. | David Johnsen, M.D.<br>2601 NW Expressway, Ste. 410 W<br>Oklahoma City OK 73112<br>(405) 755-8576 | Deposed. | To be called. |
| 38. | Dennis E. Foster, M.D.<br>3130 SW 89th Street, Ste. 100<br>Oklahoma City, OK 73159<br>(405) 378-44722 | Will testify to his review of Plaintiff's medical records, evaluation of evidence and conclusions to the nature of Plaintiff's alleged injury claims. A report from Dr. Foster has been provided to all Counsel for Plaintiff. | To be called. |
| 39. | Christy V. Wilson-Adkins, LCSW, CDMS, CRC<br>Working Rehabilitation Solutions, PC<br>PO BOX 745<br>Edmond, OK 73083<br>(405) 330-9291 | Will testify to her evaluation of Plaintiff, review of evidence, review of Plaintiff's expert reports and evaluation of future medical, rehabilitative and adaptive need and expenses as to same. A report from Ms. Wilson-Adkins has been provided to all Counsel for Plaintiff. | To be called. |
| 40. | Mark Sexton<br>Crash Science and Investigation Inc.<br>2759 Azalea NE<br>Cashion, OK 73016<br>(405) 373-2927 | Deposed. | To be called. |
| 41. | Any and all witnesses identified as discovery progresses not otherwise objected to by Defendant |||
| 42. | Any and all witnesses deposed or to be deposed in this matter not otherwise objected to by Defendant |||

8.     <u>ESTIMATED TIME OF TRIAL</u>

      C.       Plaintiff's Case: <u>3-4 days</u>

      D.       Defendant's Case:<u>1-1 1/2</u>

9.     <u>BIFURCATION REQUESTED</u>:       Yes <u>       </u>      No    x

10.    <u>POSSIBILITY OF SETTLEMENT</u>:

      Good<u>        </u>   Fair<u>         </u>   Poor <u>    X    </u>

    All parties approve this report and understand and agree that this report supersedes all pleadings, shall govern the conduct of the trial, and shall not be amended except by order of the court.

                                     <u> /s/ Monty L. Cain   </u>
                                       MONTY L. CAIN, OBA #15891
                                       10415 Greenbriar Place
                                       P.O. Box 892098
                                       Oklahoma City, OK 73189
                                       (405) 759-7400 – phone
                                       (405) 759-7424 – facsimile
                                       monty@cainlaw-okc.com

                                       Anthony M. Laizure, OBA # 5170
                                       Laizure Law, PLLC
                                       2120 East 15th Street
                                       Tulsa, OK 74104
                                       Phone: (918)749-0749
                                       Fax: (918)518-7250
                                       E-mail: TLaizure@LaizureLaw.com
                                       *Counsel for Plaintiff*

                                       Stephen M. Smith (VSB no. 14362)
                                       David B. Holt (VSB no. 65564)
                                       *Pro Hac Vice*
                                       Brain Injury Law Center
                                       2100 Kecoughtan Road
                                       P. O. Box 1437
                                       Hampton, Virginia 23661-0437
                                       Phone:  (757) 244-7000
                                       Fax:      (757) 244-7740

ssmith@braininjurylawcenter.com
*Counsel for Plaintiff*



/s/ Robert Todd Goolsyby
Robert Todd Goolsby, OBA # 12676
David D. Proctor, OBA #13863
James L. Gibbs, OBA # 15689
GOOLSBY, PROCTOR, HEEFNER & GIBBS, P.C.
701 N. Broadway, Suite 400
Oklahoma City, Oklahoma 73102
Telephone:     (405) 524-2400
Facsimile:      (405) 525-6004
TGoolsby@gphglaw.com
DProctor@gphglaw.com
JGibbs@gphglaw.com
*Counsel for Defendants*