# FEES OF THE CLERK

# INDEX

| NO. | DESCRIPTION | AMOUNT | BATES NO. |
|---|---|---|---|
| 1. | Filing Fee for Civil Case Filing | $400.00 | 1-0001 |
| 2. | Filing Fee for Pro Hac Vice of Stephen Smith | $ 50.00 | 1-0002 |
| 3. | Filing Fee for Pro Hac Vice of David Holt | $ 50.00 | 1-0003 |
| TOTAL | | $500.00 | |

Jen Rayson

| | |
|---|---|
| **From:** | okwd_ecf_notice@okwd.uscourts.gov |
| **Sent:** | Monday, April 18, 2016 3:21 PM |
| **To:** | okwdecf@okwd.uscourts.gov |
| **Subject:** | Activity in Case 5:16-cv-00380-HE Rosenbaum et al v. Hitchcock et al Payment for a Civil Case |

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Western District of Oklahoma[LIVE]

#### Notice of Electronic Filing

The following transaction was entered by Cain, Monty on 4/18/2016 at 3:20 PM CDT and filed on 4/18/2016
**Case Name:**      Rosenbaum et al v. Hitchcock et al
**Case Number:**   5:16-cv-00380-HE
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**PAYMENT FOR A CIVIL CASE Filing fee $ 400, receipt number 1087-2270597. (Cain, Monty)**


**5:16-cv-00380-HE Notice has been electronically mailed to:**

Anthony M Laizure    tlaizure@laizurelaw.com, legalassistant@laizurelaw.com

Monty L Cain    monty@cainlaw-okc.com, britta@cainlaw-okc.com, jen@cainlaw-okc.com

**5:16-cv-00380-HE Notice has been delivered by other means to:**

1

Ex 1-0001

**Ashley McClain**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | January 19, 2017 3:57 PM |
| **To:** | Tony Laizure; Ashley McClain |
| **Subject:** | Pay.gov Payment Confirmation: OKWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Helpdesk at (405) 609-5555.

Application Name: OKWD CM ECF
Pay.gov Tracking ID: 2606FNOM
Agency Tracking ID: 1087-2424965
Transaction Type: Sale
Transaction Date: Jan 19, 2017 4:56:45 PM

Account Holder Name: Anthony Laizure
Transaction Amount: $50.00
Card Type: MasterCard
Card Number: ************4326

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Ex 1-0002

**Ashley McClain**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | June 28, 2017 4:09 PM |
| **To:** | Tony Laizure; Ashley McClain |
| **Subject:** | Pay.gov Payment Confirmation: OKWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Helpdesk at (405) 609-5555.

Application Name: OKWD CM ECF
Pay.gov Tracking ID: 263B71N8
Agency Tracking ID: 1087-2513821
Transaction Type: Sale
Transaction Date: Jun 28, 2017 5:08:51 PM

Account Holder Name: Anthony Laizure
Transaction Amount: $50.00
Card Type: MasterCard
Card Number: ************4326

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

Ex 1-0003

# FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

## INDEX

| NO. | DESCRIPTION | AMOUNT | BATES NO. |
|---|---|---|---|
| 1. | Deposition Transcripts of Dea Rosenbaum & Larry Rosenbaum | $ 695.75 | 1-0004 |
| 2. | Video of Dea Rosenbaum & Larry Rosenbaum | $ 723.75 | 1-0005 |
| 3. | Video Editing of Dea Rosenbaum | $ 70.00 | 1-0006 |
| 4. | Deposition Transcript of Gregory O'Shanick | $ 341.00 | 1-0007 – 1-0008 |
| 5. | Deposition Transcript of Charles Hitchcock | $ 1,125.28 | 1-0009 |
| 6. | Video of Charles Hitchcock | $ 1,015.00 | 1-0010 |
| 7. | Video of Dea Rosenbaum | $ 633.75 | 1-0011 |
| 8. | Deposition Transcripts of Brenda Brady, Ronnie Rosenbaum & Dea Rosenbaum Terry | $ 653.90 | 1-0012 |
| 9. | Deposition Transcript of Dr. Arthur Conley | $ 239.45 | 1-0013 |
| 10. | Deposition Transcript of Mark Sexton (Back Order) | $ 668.24 | 1-0014 |
| 11. | Video of Mark Sexton & David Johnsen, MD | $ 917.50 | 1-0015 |
| 12. | Deposition Transcript of Mark Sexton & David Johnsen, MD | $ 1,922.12 | 1-0016 |
| 13. | Deposition Transcript of Dr. William Ruwe | $ 415.30 | 1-0017 |
| 14. | Deposition Transcript of Lonnie Huff | $ 215.45 | 1-0018 |
| 15. | Deposition Transcript of William Clark, PhD | $ 145.00 | 1-0019 |
| 16. | Video of Charles Haffenden | $ 1,055.00 | 1-0020 |
| 17. | Deposition Transcript of Charles Haffenden | $ 1,055.44 | 1-0021 |
| 18. | Deposition Transcript of Dr. Shawn Smith | $ 269.56 | 1-0022 |
| 19. | Deposition Transcript of Ronald Lee Blevins | $ 342.40 | 1-0023 |
| 20. | Deposition Transcript of Steven Terry | $ 138.30 | 1-0024 |
| 21. | Video of Nina Holmes | $ 620.40 | 1-0025 |
| 22. | Deposition Transcript of Anthony Spencer | $ 152.85 | 1-0026 |
| 23. | Deposition Transcript of Doris Wise, PhD | $ 182.05 | 1-0027 |
| 24. | Video of Dennis Foster, MD | $ 50.00 | 1-0028 |
| 25. | Deposition Transcript of Dennis Foster, MD | $ 630.90 | 1-0029 |
| 26. | Video of Dr. Gregory O'Shanick | $ 456.06 | 1-0030 – 1-0031 |
| 27. | Deposition Transcript of Dr. Gregory O'Shanick | $ 703.75 | 1-0032 – 1-0033 |
| 28. | Copy of Video of Dr. Gregory O'Shanick | $ 42.12 | 1-0034 |
| 29. | Summary Jury Trial Transcript Copy | $ 982.35 | 1-0035 |
| 30. | Transcripts of Dash Cam Videos | $ 293.90 | 1-0036 |
| 31. | Video of Dea Rosenbaum | $ 370.00 | 1-0037 |
| 32. | Deposition Transcript of Dr. Doris Wise | $ 669.06 | 1-0038 |
| 33. | Video of Dr. Doris Wise | $ 612.50 | 1-0039 |
| 34. | Video of Ronnie Rosenbaum | $ 265.00 | 1-0040 |
| 35. | Deposition Transcript of Ronnie Rosenbaum & Record of Mercy Clinic El Reno | $ 539.09 | 1-0041 |
| 36. | Transcripts of Opening Statement & Witness Testimony | $ 272.75 | 1-0042 – 1-0043 |
| 37. | Transcripts of Closing Arguments | $ 300.70 | 1-0044 |
| **TOTAL** | | **$19,785.67** | |

# INVOICE



U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX  77060
Phone:713-653-7100  Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140004921 | 2/6/2017 | 232868 |

| Job Date | Case No. |
|---|---|
| 1/24/2017 | CIV160380HE |

| Case Name |
|---|
| Dea Rosenbaum, Ind A/N/F of Z.M. vs. Charles E. Hitchcock and CRST Expedited Inc |

| Payment Terms |
|---|
| Due upon receipt |

Monty L. Cain
Cain Law Office
829 East 33rd Street
Edmond, OK  73013

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dea Lee Rosenbaum                                      362.10
1 CERTIFIED COPY OF TRANSCRIPT OF:
   Larry Rosenbaum                                       242.90

                          TOTAL DUE  >>>     **$605.00**
                          AFTER 3/23/2017 PAY     $695.75

Thank you.  We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                    Phone:      Fax:

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
829 East 33rd Street
Edmond, OK  73013

Job No.    : 232868         BU ID       :1-HOU
Case No.   : CIV160380HE
Case Name  : Dea Rosenbaum, Ind A/N/F of Z.M. vs. Charles
              E. Hitchcock and CRST Expedited Inc

Invoice No. : 140004921    Invoice Date : 2/6/2017
**Total Due : $ 605.00**
AFTER 3/23/2017 PAY $695.75

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                  Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **U.S. Legal Support**
         **P.O. Box 4772-14**
         **Houston, TX  77210-4772**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142054 | 1/27/2017 | 119706 |
| **Job Date** | **Case No.** | |
| 1/24/2017 | | |

| **Case Name** |
|---|
| Rosenbaum vs. Charles Hitchcock |

| **Payment Terms** |
|---|
| Net 30 days |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | |
|---|---|
| Dea Rosenbaum | 515.00 |
| Larry Rosenbaum | 208.75 |
| **TOTAL DUE >>>** | **$723.75** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

---

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 119706 | BU ID | : 1-Oklahoma |
| Case No. | : | | |
| Case Name | : Rosenbaum vs. Charles Hitchcock | | |
| | | | |
| Invoice No. | : 142054 | Invoice Date | : 1/27/2017 |
| **Total Due** | **: $ 723.75** | | |

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-0005

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 142447 | 2/9/2017 | 120094 |
| **Job Date** | **Case No.** | |
| 2/8/2017 | | |
| **Case Name** | | |
| Rosenbaum vs. Charles Hitchcock | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Dea Rosenbaum                                                                                      70.00

**TOTAL DUE  >>>**                          **$70.00**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO EDITING.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 120094 | BU ID | : 1-Oklahoma |
| Case No. | : | | |
| Case Name | : Rosenbaum vs. Charles Hitchcock | | |
| Invoice No. | : 142447 | Invoice Date | : 2/9/2017 |
| **Total Due** | **: $ 70.00** | | |



PAYMENT WITH CREDIT CARD
Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-0006

# *Old Dominion Reporting*

# **Invoice**

Kelly A. Rowe, CCR
305 53rd Street
Virignia Beach, VA 23451

| Date | Invoice # |
|------|-----------|
| 2/22/2017 | 3223 |

| Bill To |
|---------|
| Brain Injury Law Center<br>Stephen M. Smith, Esquire<br>2100 Kecoughtan Road<br>Hampton, Virginia 23661 |

| Service Date |
|--------------|
| 02/20/17 |

| Case Name |
|-----------|
| Rosenbaum v Hitchcock, et... |

| Description | Amount |
|-------------|--------|
| Fee for one copy of the original transcript of the deposition of Gregory J. O'Shanick, M.D. recorded in the above-referenced matter. | 341.00 |

TAX ID NO: 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

| **Total** | $341.00 |
|-----------|---------|

| Phone # |
|---------|
| 7576508546 |

| E-mail |
|--------|
| kellyrowe305@gmail.com |

Ex 1-0007



# I N V O I C E



## PROFESSIONAL REPORTERS
### 800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143076 | 3/10/2017 | 120398 |
| **Job Date** | **Case No.** | |
| 3/1/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK 74104

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Charles Hitchcock

1,125.28

**TOTAL DUE >>>**        **$1,125.28**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN EXPEDITED ORIGINAL AND ONE COPY PLUS A CONFERENCE ROOM RENTAL AT CEDAR RAPIDS, IA RATES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK 74104

Job No.     : 120398          BU ID      : 1-Oklahoma

Case No.    : CIV-16-0380-HE

Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
             International

Invoice No. : 143076          Invoice Date : 3/10/2017

**Total Due : $ 1,125.28**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To: **Professional Reporters**
        **511 Couch Drive**
        **Suite 100**
        **Oklahoma City OK 73102**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143190 | 3/10/2017 | 120399 |
| **Job Date** | **Case No.** | |
| 3/1/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| Charles Hitchcock | 1,015.00 |
|---|---|
| **TOTAL DUE  >>>** | **$1,015.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES PLUS EQUIPMENT RENTAL AT CEDAR RAPIDS, IA LIVE PICTURE IN PICTURE RATES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 120399 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 143190 | Invoice Date | : 3/10/2017 |
| **Total Due** | **: $ 1,015.00** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-0010

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144015 | 4/7/2017 | 121287 |
| **Job Date** | **Case No.** | |
| 4/3/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Dea Rosenbaum                                                                                    633.75

**TOTAL DUE  >>>**                                    **$633.75**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Job No.       : 121287              BU ID       : 1-Oklahoma
Case No.    : CIV-16-0380-HE
Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
                    International
Invoice No. : 144015              Invoice Date : 4/7/2017
**Total Due** : $ 633.75

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Professional Reporters**
                **511 Couch Drive**
                **Suite 100**
                **Oklahoma City OK  73102**

# I N V O I C E



## PROFESSIONAL REPORTERS
### 800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144123 | 4/11/2017 | 121129 |
| **Job Date** | **Case No.** | |
| 4/3/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Brenda Brady | 198.40 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Ronnie Rosenbaum | 147.40 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Dea Rosenbaum Terry | 308.10 |
| **TOTAL DUE >>>** | **$653.90** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

| | | | | |
|---|---|---|---|---|
| Job No. | : 121129 | | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | | |
| Invoice No. | : 144123 | | Invoice Date | : 4/11/2017 |
| **Total Due** | **: $653.90** | | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144216 | 4/13/2017 | 121132 |
| **Job Date** | **Case No.** | |
| 4/7/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Dr. Arthur Conley

239.45

**TOTAL DUE  >>>**    **$239.45**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

| | | | |
|---|---|---|---|
| Job No. | : 121132 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 144216 | Invoice Date | : 4/13/2017 |
| **Total Due** | : **$239.45** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:        Phone#:

Billing Address:

Zip:      Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Professional Reporters**
        **511 Couch Drive**
        **Suite 100**
        **Oklahoma City OK  73102**

# INVOICE



## PROFESSIONAL REPORTERS
### 800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144258 | 4/14/2017 | 77790 |
| **Job Date** | **Case No.** | |
| 8/24/2012 | 23379 | |
| **Case Name** | | |
| Lemmons vs. Allen Contracting / Direct Traffic Control | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Mark Sexton - Back Order

668.24

**TOTAL DUE  >>>**  **$668.24**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

---

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 77790 | BU ID | : 1-Oklahoma |
| Case No. | : 23379 | | |
| Case Name | : Lemmons vs. Allen Contracting / Direct Traffic Control | | |
| Invoice No. | : 144258 | Invoice Date | : 4/14/2017 |
| **Total Due** | **: $ 668.24** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
        **511 Couch Drive**
        **Suite 100**
        **Oklahoma City OK  73102**

Ex 1-0014

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144341 | 4/19/2017 | 121301 |
| **Job Date** | **Case No.** | |
| 4/17/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | |
|---|---|
| Mark Sexton | 602.50 |
| David Johnsen, MD | 315.00 |
| **TOTAL DUE >>>** | **$917.50** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES PLUS EQUIPMENT RENTAL AT LIVE PICTURE IN PICTURE RATES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 121301 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 144341 | Invoice Date | : 4/19/2017 |
| **Total Due** | **: $ 917.50** | | |

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Ex 1-0015

# INVOICE


**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144368 | 4/19/2017 | 121300 |
| **Job Date** | **Case No.** | |
| 4/17/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | |
|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Mark Sexton | 578.75 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| David Johnsen, MD | 1,343.37 |
| **TOTAL DUE  >>>** | **$1,922.12** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN EXPEDITED ORIGINAL AND ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 121300 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 144368 | Invoice Date | : 4/19/2017 |
| **Total Due** | **: $ 1,922.12** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-0016

# INVOICE

**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144624 | 5/1/2017 | 121238 |

| Job Date | Case No. |
|---|---|
| 4/24/2017 | CIV-16-0380-HE |

| Case Name |
|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International |

| Payment Terms |
|---|
| Net 30 days |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

1 CERTIFIED COPY OF TRANSCRIPT OF:

Dr. William D. Ruwe                                               415.30

**TOTAL DUE >>>            $415.30**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

Job No.       : 121238        BU ID        : 1-Oklahoma
Case No.     : CIV-16-0380-HE
Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
                   International

Invoice No. : 144624         Invoice Date : 5/1/2017
**Total Due  : $ 415.30**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
                **511 Couch Drive**
                **Suite 100**
                **Oklahoma City OK  73102**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144697 | 5/2/2017 | 121225 |

| Job Date | Case No. | |
|---|---|---|
| 4/25/2017 | CIV-16-0380-HE | |

| Case Name | | |
|---|---|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

**PROFESSIONAL REPORTERS**
**800.376.1006**

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Lonnie Huff

                                                                          215.45

                                          **TOTAL DUE  >>>            $215.45**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

| | | |
|---|---|---|
| Job No. | : 121225 | BU ID        : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | |
| Invoice No. | : 144697 | Invoice Date  : 5/2/2017 |
| **Total Due** | **: $ 215.45** | |

Remit To: **Professional Reporters**
          **511 Couch Drive**
          **Suite 100**
          **Oklahoma City OK  73102**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 47643 | 4/28/2017 | 13266 |
| **Job Date** | **Case No.** | |
| 4/25/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Rosenbaum v. Hitchcock & CRST | | |
| **Payment Terms** | | |
| Net 60 | | |

Tony Laizure
Laizure Law
2120 E 15th St.
Tulsa OK  74104

1 CERTIFIED COPY OF TRANSCRIPT OF:

   William M. Clark, Ph.D.

145.00

**TOTAL DUE  >>>**                                **$145.00**

Thank you!

Tax ID: 73-1280676                                    Phone: 918-749-0749   Fax:918-747-0751

*Please detach bottom portion and return with payment.*

Tony Laizure
Laizure Law
2120 E 15th St.
Tulsa OK  74104

| | | |
|---|---|---|
| Invoice No. | : | 47643 |
| Invoice Date | : | 4/28/2017 |
| **Total Due** | : | **$145.00** |

Remit To:  **Steve Meador & Associates**
             **318 Northwest 13th Street**
             **Oklahoma City OK  73103-3709**

| | | |
|---|---|---|
| Job No. | : | 13266 |
| BU ID | : | 1-MAIN |
| Case No. | : | CIV-16-0380-HE |
| Case Name | : | Rosenbaum v. Hitchcock & CRST |

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144732 | 5/15/2017 | 121147 |
| **Job Date** | **Case No.** | |
| 4/27/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | |
|---|---|
| Charles Haffenden | 1,055.00 |
| **TOTAL DUE >>>** | **$1,055.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES PLUS EQUIPMENT RENTAL AT CEDAR RAPIDS, IA PICTURE IN PICTURE RATES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | | |
|---|---|---|---|---|
| Job No. | : 121147 | BU ID | : 1-Oklahoma | |
| Case No. | : CIV-16-0380-HE | | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | | |
| Invoice No. | : 144732 | Invoice Date | : 5/15/2017 | |
| **Total Due** | : **$1,055.00** | | | |

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-0020

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144889 | 5/15/2017 | 121145 |

| Job Date | Case No. | |
|---|---|---|
| 4/27/2017 | CIV-16-0380-HE | |

| Case Name | | |
|---|---|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

   Charles Haffenden

1,055.44

**TOTAL DUE  >>>**  **$1,055.44**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN ORIGINAL AND ONE COPY PLUS A CONFERENCE ROOM RENTAL AT CEDAR RAPIDS, IA RATES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | | |
|---|---|---|---|---|
| Job No. | : 121145 | BU ID | : 1-Oklahoma | |
| Case No. | : CIV-16-0380-HE | | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | | |
| Invoice No. | : 144889 | Invoice Date | : 5/15/2017 | |
| **Total Due** | : **$1,055.44** | | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:       Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 144685 | 5/4/2017 | 121226 |

| Job Date | Case No. | |
|---|---|---|
| 4/28/2017 | CIV-16-0380-HE | |

| Case Name | |
|---|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | |

| Payment Terms | |
|---|---|
| Net 30 days | |

**PROFESSIONAL REPORTERS**
**800.376.1006**

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Dr. Shawn Smith                                                    269.56

                              **TOTAL DUE  >>>**              **$269.56**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

Job No.      : 121226          BU ID        : 1-Oklahoma
Case No.     : CIV-16-0380-HE
Case Name  : Dea Rosenbaum vs. Charles Hitchcock & CRST International
Invoice No.  : 144685          Invoice Date  : 5/4/2017
**Total Due  : $ 269.56**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Professional Reporters**
          **511 Couch Drive**
          **Suite 100**
          **Oklahoma City OK  73102**

Ex 1-0022

# STATEMENT

Steve Meador & Associates
318 Northwest 13th Street
Oklahoma City OK  73103-3709
Phone:405-232-4114   Fax:405-232-1060

| Account No. | Date |
|---|---|
| C1007 | 5/24/2017 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $342.40 | $0.00 |
| **90 Days** | **120 Days & Over** | **Total Due** |
| $0.00 | $0.00 | **$342.40** |

Tony Laizure
Laizure Law
2120 E 15th St.
Tulsa OK  74104

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 4/11/2017 | 47579 | 342.40 | 4/5/2017 | Ronald Lee Blevins | Rosenbaum v. Hitchcock & CRST |

Tax ID: 73-1280676                                         Phone: 918-749-0749    Fax:918-747-0751

*Please detach bottom portion and return with payment.*

Tony Laizure
Laizure Law
2120 E 15th St.
Tulsa OK  74104

Account No.   :   C1007
Date          :   5/24/2017

**Total Due    :   $ 342.40**

Remit To:  **Steve Meador & Associates**
           **318 Northwest 13th Street**
           **Oklahoma City OK  73103-3709**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 145470 | 6/1/2017 | 122358 |

| Job Date | Case No. |
|---|---|
| 5/26/2017 | CIV-16-0380-HE |

| Case Name |
|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International |

| Payment Terms |
|---|
| Net 30 days |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

1 CERTIFIED COPY OF TRANSCRIPT OF:
Steven Terry

138.30

**TOTAL DUE  >>>**                    **$138.30**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

Job No.    : 122358        BU ID        :1-Oklahoma
Case No.   : CIV-16-0380-HE
Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
             International
Invoice No. : 145470        Invoice Date :6/1/2017
**Total Due  : $ 138.30**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:            Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

Ex 1-0024



# **Asheville**
Reporting

# **Invoice**

| DATE | INVOICE # |
|------|-----------|
| 6/7/2017 | 13471 |

**111 McDowell Street
Asheville, North Carolina  28801
828-254-9230**

Monty L. Cain, Esq.
Cain Law Office
10415 Greenbriar Place, Suite A
PO Box 892098
Oklahoma City, OK  73189

CASE:

Dea Rosenbaum
v.
Charles E. Hitchcock

| FED. TAX ID |
|-------------|
| 56-2270440 |

| Reporter: | DB# | ARS Doc ID: |
|-----------|-----|-------------|
| Barbie Lane | | LI1862 |

| Date Taken | Description | Depo Of | Quantity | Amount |
|------------|-------------|---------|----------|--------|
| 6/2/2017 | Appearance Fee | | | 155.00 |
| | Mileage - Old Fort, NC | | 50 | 28.25 |
| | Original & One Copy | Nina Holmes | 44 | 202.40 |
| | Scanned Exhibits | | 8 | 0.80 |
| | Video: First Two Hrs (includes 1 hr. setup/breakdown, plus VHS or DVD) | | | 225.00 |
| | Postage and Handling | | | 8.95 |

YOU ARE RESPONSIBLE FOR PAYMENT OF THIS INVOICE, NOT YOUR CLIENT.

| **Total** | $620.40 |
|-----------|---------|

PLEASE NOTE:  This invoice is payable upon receipt.  A late payment charge of 1-1/2% per month (18% annually) will be added to all amounts more than 30 days past due.

| **Balance Due** | $620.40 |
|-----------------|---------|

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 145745 | 6/13/2017 | 122359 |

| Job Date | Case No. |
|---|---|
| 6/7/2017 | CIV-16-0380-HE |

| Case Name |
|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International |

| Payment Terms |
|---|
| Net 30 days |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Anthony Spencer

         152.85

    **TOTAL DUE  >>>**    **$152.85**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

| | |
|---|---|
| (-) Payments/Credits: | 152.85 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 45-3953521

---

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

| | | | | |
|---|---|---|---|---|
| Job No. | : 122359 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 145745 | Invoice Date | : 6/13/2017 |
| **Total Due** | : **$0.00** | | |

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Professional Reporters**
           **511 Couch Drive**
           **Suite 100**
           **Oklahoma City OK  73102**

Ex 1-0026

 **Dodson**
Court Reporting & Video

Dodson Court Reporting & Legal Video, Inc.
425 Northwest 7th Street
Oklahoma City, OK 73102
(405) 235-1828 ~ (877) 681-2119
depos@dodsonreporting.net

# INVOICE

LAZIURE LAW OFFICE
ATTN: ANTHONY LAIZURE
2120 EAST 15TH ST
TULSA, OK  74104

| | |
|---|---|
| **Invoice Number:** | **112290** |
| Invoice Date: | 06/29/2017 |
| Client Phone: | 918-749-0749 |

In Re:   ROSENBAUM VS HITCHCOCK
Witness(s): DORIS WISE PHD
Attendance Date: 06/16/2017, 10:00am
Reporter: LESLIE FOSTER

Description

ONE COPY (FEDERAL COURT)

Invoice Total:                    182.05

---

PAYMENT IS DUE UPON RECEIPT

MASTERCARD & VISA ACCEPTED WITH A 3% CONVENIENCE FEE

depos@dodsonreporting.net

18% APR FINANCE CHARGE WILL BE APPLIED TO INVOICES NOT PAID WITHIN 30 DAYS.

---

Tax ID: 73-1390951

*Please detach bottom portion and return with payment*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| Invoice Number: | 112290 | Cardholder's Name: | |
| Invoice Date: | 06/29/2017 | Card Number: | |
| Amount Due: | **$182.05** | Exp. Date: | Phone: |
| Amount Enclosed: | $_____ | Billing Address: | |
| **CREDIT CARDS ACCEPTED** | | Zip:       Security Code: | |
|  | | Signature: | |

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 147565 | 8/30/2017 | 124365 |
| **Job Date** | **Case No.** | |
| 8/22/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | |
|---|---|
| Dennis E. Foster, M.D. | 50.00 |
| **TOTAL DUE >>>** | **$50.00** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE VIDEO DVD.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 124365 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 147565 | Invoice Date | : 8/30/2017 |
| **Total Due** | **: $50.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Professional Reporters**
            **511 Couch Drive**
            **Suite 100**
            **Oklahoma City OK  73102**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 147578 | 8/30/2017 | 124364 |
| **Job Date** | **Case No.** | |
| 8/22/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

1 CERTIFIED COPY OF TRANSCRIPT OF:

Dennis E. Foster, M.D.

630.90

TOTAL DUE  >>>                    $630.90

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | |
|---|---|---|---|
| Job No. | : 124364 | BU ID | : 1-Oklahoma |
| Case No. | : CIV-16-0380-HE | | |
| Case Name | : Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Invoice No. | : 147578 | Invoice Date | : 8/30/2017 |
| **Total Due** | : **$630.90** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

Ex 1-0029



# VIDEO WORKS
## OF VIRGINIA, INC.
www.LawVideoVA.com

E s t a b l i s h e d   1 9 8 3

# INVOICE

**BILL TO**

Brain Injury Law Center
2100 Kecoughtan Road
Hampton, VA 23661

**SHIP TO**

RE: Dea Rosenbaum

**INVOICE #** 77137
**DATE** 11/02/2017
**DUE DATE** 12/02/2017
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Depo:1st Hour Of Deposition<br>Minimum charge (1st 2 hours or portion thereof) for videotaping deposition of Gregory OShanick on October 30, 2017 beginning at 8:45 | 1 | 200.00 | 200.00 |
| Depo:Addl. Hours after first<br>Additional hours of deposition ending at 1:15 | 2.50 | 90.00 | 225.00 |
| Depo:DVD Copy to Hiring Attorney<br>DVD Copy to Hiring Attorney, per tape | 2 | 10.00 | 20.00T |
| Delivery<br>Shipping Charge | 1 | 10.00 | 10.00 |

|  |  |
|---|---|
| SUBTOTAL | 455.00 |
| TAX (5.3%) | 1.06 |
| TOTAL | 456.06 |
| BALANCE DUE | **$456.06** |

Please Remit To: **Video Works of Virginia, Inc.** • 4915 Fitzhugh Ave. • Richmond, Virginia 23230
804-282-2003 • 804-282-1835 fax • Fed I.D. #54-1460412 • lawvideova@aol.com • www.lawvideova.com

Ex 1-0030



*Old Dominion Reporting*

# Invoice

Kelly A. Rowe, CCR
305 53rd Street
Virignia Beach, VA 23451

| Date | Invoice # |
|------|-----------|
| 11/2/2017 | 3540 |

| Bill To |
|---------|
| Brain Injury Law Center
Stephen M. Smith, Esquire
2100 Kecoughtan Road
Hampton, Virginia 23661 |

| Service Date | | Case Name |
|--------------|---|-----------|
| 10/30/17 | | Dea Rosenbaum |

| Description | Amount |
|-------------|--------|
| Fee for appearance and recording of the videotaped deposition of Gregory J. O'Shanick, M.D. recorded in the above-referenced matter. | 175.00 |
| Fee for the original transcript of same. | 528.75 |

Thank you for choosing Old Dominion Reporting.

TAX ID NO: 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

| Phone # | | E-mail | | **Total** | $703.75 |
|---------|---|--------|---|-----------|---------|
| 7576508546 | | kellyrowe305@gmail.com | | | |





# VIDEO WORKS
## OF VIRGINIA, INC.
www.LawVideoVA.com
E s t a b l i s h e d   1 9 8 3

## INVOICE

**BILL TO**
Laisure Law
2120 East 15th Street
Tulsa, OK  74104

**SHIP TO**
Laisure Law
2120 East 15th Street
Tulsa, OK  74104

**INVOICE #** 77139
**DATE** 11/03/2017
**DUE DATE** 12/03/2017
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Depo:Copy depo** Copy of deposition Gregory OShanick October 30, 207 | 2 | 20.00 | 40.00T |

| | |
|---|---|
| SUBTOTAL | 40.00 |
| TAX (5.3%) | 2.12 |
| TOTAL | 42.12 |
| BALANCE DUE | **$42.12** |

Please Remit To: **Video Works of Virginia, Inc.** • 4915 Fitzhugh Ave. • **Richmond, Virginia 23230**
804-282-2003 • 804-282-1835 fax • Fed I.D. #54-1460412 • lawvideova@aol.com • www.lawvideova.com

Ex 1-0034

# Melissia A. Prawl, CSR

*24300 County Road 230*

Morrison, Ok 73061

INVOICE

|  |  |
|---|---|
| **DATE:** | November 22, 2017 |
| **INVOICE #** | 101-11-22 |
| **IN RE:** | *Rosenbaum v Hitchcock* |

**Bill To:**
Mr. Anthony Laizure
Laizure Law
2120 E. 15th Street
Tulsa, Ok 74104

| DESCRIPTION | AMOUNT |
|---|---|
| Summary Jury Trial | $      982.35 |
|  |  |
| **TOTAL** | $      982.35 |

# INVOICE



## PROFESSIONAL REPORTERS
### 800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 149939 | 12/12/2017 | 126755 |
| **Job Date** | **Case No.** | |
| 12/6/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Rosenbaum vs. Hitchcock & CRST (Attorney Work Product - Laizure) | | |
| **Payment Terms** | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | |
|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|     Transcription 1 | 121.05 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|     Transcription 2 | 71.80 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
|     Transcription 3 | 101.05 |
| **TOTAL DUE  >>>** | **$293.90** |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN AUDIO TRANSCRIPTION.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

| | | | | | |
|---|---|---|---|---|---|
| Job No. | : 126755 | | BU ID | : 1-Oklahoma | |
| Case No. | : CIV-16-0380-HE | | | | |
| Case Name | : Rosenbaum vs. Hitchcock & CRST (Attorney Work Product - Laizure) | | | | |
| Invoice No. | : 149939 | | Invoice Date | : 12/12/2017 | |
| **Total Due** | : **$293.90** | | | | |

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                   Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Professional Reporters**
**511 Couch Drive**
**Suite 100**
**Oklahoma City OK  73102**

# INVOICE



## PROFESSIONAL REPORTERS
### 800.376.1006

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150023 | 12/20/2017 | 126904 |

| Job Date | Case No. | |
|---|---|---|
| 12/13/2017 | CIV-16-0380-HE | |

| Case Name | | |
|---|---|---|
| Rosenbaum vs. Hitchcock & CRST (Attorney Work Product - Laizure) | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Dea Rosenbaum                                                                               370.00

TOTAL DUE  >>>                                                         **$370.00**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO EDITING.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Job No.        :  126904          BU ID           : 1-Oklahoma
Case No.      :  CIV-16-0380-HE
Case Name   :  Rosenbaum vs. Hitchcock & CRST (Attorney Work Product - Laizure)
Invoice No.   :  150023          Invoice Date  : 12/20/2017
**Total Due**    :  **$370.00**

| PAYMENT WITH CREDIT CARD | AVEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Professional Reporters**
                **511 Couch Drive**
                **Suite 100**
                **Oklahoma City OK  73102**

Ex 1-0037



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150139 | 12/22/2017 | 126770 |
| Job Date | Case No. | |
| 12/19/2017 | CIV-16-0380-HE | |
| Case Name | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| Payment Terms | | |
| Net 30 days | | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Dr. Doris Wise

669.06

**TOTAL DUE  >>>**          **$669.06**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN EXPEDITED ORIGINAL AND ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Job No.      : 126770          BU ID      : 1-Oklahoma
Case No.    : CIV-16-0380-HE
Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
               International
Invoice No. : 150139          Invoice Date : 12/22/2017
**Total Due  : $ 669.06**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To: **Professional Reporters**
          **511 Couch Drive**
          **Suite 100**
          **Oklahoma City OK  73102**

# I N V O I C E

![PR Professional Reporters logo] **PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150090 | 12/22/2017 | 126771 |

| Job Date | Case No. |
|---|---|
| 12/19/2017 | CIV-16-0380-HE |

| Case Name | |
|---|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | |

| Payment Terms | |
|---|---|
| Net 30 days | |

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Dr. Doris Wise

612.50

**TOTAL DUE  >>>**                    **$612.50**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES PLUS EQUIPMENT RENTAL AT LIVE PICTURE IN PICTURE RATES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Anthony M. Laizure
Laizure Law, PLLC
2120 E. 15th Street
Tulsa OK  74104

Job No.      : 126771        BU ID      : 1-Oklahoma
Case No.     : CIV-16-0380-HE
Case Name    : Dea Rosenbaum vs. Charles Hitchcock & CRST International
Invoice No.  : 150090        Invoice Date  : 12/22/2017
**Total Due  : $ 612.50**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA
Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
          **511 Couch Drive**
          **Suite 100**
          **Oklahoma City OK  73102**

# INVOICE



**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150132 | 12/22/2017 | 126951 |
| **Job Date** | **Case No.** | |
| 12/21/2017 | CIV-16-0380-HE | |
| **Case Name** | | |
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |
| **Payment Terms** | | |
| Net 30 days | | |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

Ronnie Rosenbaum                                                                    265.00

TOTAL DUE  >>>                    **$265.00**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF VIDEO SERVICES.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

Job No.      : 126951        BU ID        : 1-Oklahoma
Case No.     : CIV-16-0380-HE
Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
                    International
Invoice No.  : 150132                    Invoice Date : 12/22/2017
**Total Due   : $ 265.00**

Remit To:  **Professional Reporters**
                 **511 Couch Drive**
                 **Suite 100**
                 **Oklahoma City OK  73102**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Ex 1-0040

# INVOICE

**PROFESSIONAL REPORTERS**
**800.376.1006**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 150136 | 12/22/2017 | 126950 |

| Job Date | Case No. | |
|---|---|---|
| 12/21/2017 | CIV-16-0380-HE | |

| Case Name | | |
|---|---|---|
| Dea Rosenbaum vs. Charles Hitchcock & CRST International | | |

| Payment Terms | | |
|---|---|---|
| Net 30 days | | |

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ronnie Rosenbaum                                 460.25
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Record                                      78.84

**TOTAL DUE  >>>**    **$539.09**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS THE COST OF AN EXPEDITED ORIGINAL AND ONE COPY.

Any questions about billing should be raised within 15 days of receipt of invoice otherwise the billing will be deemed accepted as presented.

We appreciate your business.

**Tax ID:** 45-3953521

*Please detach bottom portion and return with payment.*

Monty L. Cain
Cain Law Office
P.O. Box 892098
Oklahoma City OK  73189

Job No.    : 126950       BU ID      :1-Oklahoma
Case No.   : CIV-16-0380-HE
Case Name : Dea Rosenbaum vs. Charles Hitchcock & CRST
              International
Invoice No. : 150136     Invoice Date : 12/22/2017
**Total Due   : $ 539.09**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Professional Reporters**
            **511 Couch Drive**
            **Suite 100**
            **Oklahoma City OK  73102**

**United States District Court**
**Western District**

Date: 01/15/2018
Invoice Number: 20170040
Re: Rosenbaum v. Hitchcock

To:

**David Holt**
2100 Kecoughtan Road
Hampton, Virginia, 23661

## Make Checks Payable To:

**Emily Eakle, CSR, RPR, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 47-3512477
15417 Creek View Dr.
Edmond, Oklahoma, 73013
**Phone:** (405) 388-3942
**Email:** eereporting17@gmail.com

## Case Details:

**Case Number:** CIV-16-380
**Case Title:** Dea Rosenbaum vs. CRST, Charles Hitchcock
**Case Description:** Original of defense opening statement and Charles Hitchcock's testimony - 31 pages total Copy of Dea Rosenbaum's testimony and plaintiff's opening statement - 71 pages total
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 08, 2018
**Courthouse:** Western District
**Judge Hearing Case:** Heaton

## Transcripts:

**Date Ordered:** Jan 09, 2018
**Date Delivered:** Jan 10, 2018
**Transcripts Requested By:** David Holt

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Daily Original | 31 | $6.05 | $187.55 |
| Daily 1st Copy | 71 | $1.20 | $85.20 |

**Total:** $272.75

**Amount Due: $272.75**

## Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery

Ex 1-0042

rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

*/s/ Emily Eakle*

**United States District Court**
**Western District**

Date: 01/24/2018
Invoice Number: 20180045
Re: Rosenbaum v. Hitchcock

To:

**David Holt**
2100 Kecoughtan Road
Hampton, Virginia, 23661

Make Checks Payable To:

**Emily Eakle, CSR, RPR, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 47-3512477
15417 Creek View Dr.
Edmond, Oklahoma, 73013
**Phone:** (405) 388-3942
**Email:** eereporting17@gmail.com

## Case Details:

**Case Number:** CIV-16-380-HE
**Case Title:** Dea Rosenbaum vs. CRST, Charles
Hitchcock
**Case Description:** Closing arguments held on
1/16/18
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 16, 2018
**Courthouse:** Western District
**Judge Hearing Case:** Heaton

## Transcripts:

**Date Ordered:** Jan 17, 2018
**Date Delivered:** Jan 24, 2018
**Transcripts Requested By:** David Holt

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited Original | 62 | $4.85 | $300.70 |

**Total:** $300.70

**Amount Due:** $300.70

## Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

*/s/ Emily Eakle*

# FEES AND DISBURSEMENTS FOR PRINTING

# INDEX

| NO. | DESCRIPTION | AMOUNT | BATES NO. |
|---|---|---|---|
| 1. | Duplication of Disc Attachments for Filing Doc 79 with Court Clerk | $ 53.23 | 1-0045 |
| 2. | List of Pleadings Filed with Court & Pages Counted - 1,355 Pages Filed | $203.25 | 1-0046 – 1-0058 |
| TOTAL | | $256.48 | |



*Rosenbaum*
*- Filing Fed Court*

*Doc 79 Pl's response*

**FedEx Office.**

FedEx Office is your destination
for printing and shipping.

2205 SW 74TH ST
Oklahoma City, OK 73159
Tel: (405) 685-5464

6/15/2017                    4:18:14 PM CST
Team Member: Kristine F.

SALE

| | | | |
|---|---|---|---|
| Dvdr RdyIndx15Tab | 1 @ | 4.9900 T | |
| 008484 Reg. Price | 4.99 | | |
| Insert Per Piece | 15 @ | 0.1000 N | |
| 000387 Reg. Price | 0.10 | | |
| Coil Prem Cvr >1" | 2 @ | 6.4900 T | |
| 004594 Reg. Price | 6.49 | | |
| BW 1S Copy/Print | 248 @ | 0.1200 T | |
| 000001 Reg. Price | 0.14 | | |

Regular Total        54.19
Discounts             4.96

Total                49.23

Sub-Total            49.23
Tax                   4.00
Deposit               0.00

Total                53.23

AmEx (S)             53.23
  Account:  4009
  Auth: 582518 (A)

Total Tender         53.23
Change Due            0.00

Total Pages Filed 1,355    $203.25

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**DEA ROSENBAUM**, individually, and next friend of, **Z.M.**, a minor,

v.

**CHARLES E. HITCHCOCK and CRST INTERNATIONAL, INC.**
### Case No. CIV-16-0380-HE

## FEDERAL COURT PLEADINGS

| NO. | PLEADING NAME | DOCKET # | DATE |
|---|---|---|---|
| 1. | Complaint & Coversheet | 1 | 4/18/16 |
| 2. | Summons in a Civil Action (2 Defs) | 2 | 4/18/16 |
| 3. | Payment for a Civil Case | n/a | 4/18/16 |
| 4. | Entry of Appearance – Monty Cain | 3 | 4/18/16 |
| 5. | Order – Plf's Attorney File Entry of Appearance | 4 | 4/19/16 |
| 6. | Entry of Appearance – Tony Laizure | 5 | 4/19/16 |
| 7. | Summons Returned Executed | 6 | 4/22/16 |
| 8. | Plf's Notice of Voluntary Dismissal | 7 | 5/11/16 |
| 9. | Plf's First Amended Complaint | 8 | 5/11/16 |
| 10. | Def CRST Expedited's Entry of Appearance - Goolsby | 9 | 6/1/16 |
| 11. | Def Hitchcock's Entry of Appearance – Goolsby | 10 | 6/1/16 |
| 12. | Defs' Hitchcock & CRST Expedited's Answer to Plfs' First Amended Complaint | 11 | 6/1/16 |
| 13. | Order for Status Conference | 12 | 6/29/16 |
| 14. | Joint Status Report & Discovery Plan | 13 | 7/25/16 |
| 15. | Corporate Disclosure Statement | 14 | 7/29/16 |
| 16. | Scheduling Order | 15 | 8/4/16 |
| 17. | Defs' First Discovery Requests to Plfs | n/a | 8/9/16 |

5
4
2
2
4
1
7

(25)

| 18. | Plf's First Discovery Requests to Def Hitchcock | n/a | 10/25/16 |
|---|---|---|---|
| 19. | Plf's First Discovery Requests to Def CRST Int'l | n/a | 10/25/16 |
| 20. | Def Hitchcock's Responses to Plf's First Discovery Requests | n/a | 12/16/16 |
| 21. | Def CRST Expedited's Responses to Plf's First Discovery Requests | n/a | 12/16/16 |
| 22. | Def's Notice of Subpoena Duces Tecum to Mustang Pro Lube | 16 | 1/11/17 |
| 23. | Subpoena Returned Executed as to Non-Party | 17 | 1/17/17 |
| 24. | Plf's Unopposed Motion for Admission Pro Hac Vice of Nonresident Counsel for Plf Stephen M. Smith | 18 | 1/19/17 |
| 25. | Order Granting Doc 18 | 19 | 1/19/17 |
| 26. | Joint Motion for Extension of Time to Conduct Mediation | 20 | 1/27/17 |
| 27. | Notice of Subpoena to Verizon Wireless | 21 | 1/30/17 |
| 28. | Order Granting Doc. 20 | 22 | 1/30/17 |
| 29. | Defs' Notice of Subpoena to AT&T | 23 | 2/2/17 |
| 30. | Defs' Notice of Subpoena to Little Caesars Pizza | 24 | 2/2/17 |
| 31. | Defs' Notice of Subpoena to Sonic Drive-In | 25 | 2/2/17 |
| 32. | Plf's Notice of Subpoena to DPS | 26 | 2/14/17 |
| 33. | Def's Amended Notice of Subpoena to AT&T | 27 | 2/16/17 |
| 34. | Def's Notice of Subpoena to Union City High School | 28 | 2/17/17 |
| 35. | Def's Subpoena Returned Executed to AT&T | 29 | 2/17/17 |
| 36. | Def's Subpoena Returned Executed to Little Caesars | 30 | 2/17/17 |
| 37. | Def's Subpoena Returned Executed to Sonic | 31 | 2/17/17 |
| 38. | Def's Notice of Subpoena to Caddo County Sheriff's Office | 32 | 2/24/17 |



| 39. | Def's Notice of Subpoena to Hinton Police Dept | 33 | 2/24/17 |
| 40. | Def's Subpoena Returned Executed to Caddo County Sheriff's Office | 34 | 3/3/17 |
| 41. | Def's Subpoena Returned Executed to Hinton Police Department | 35 | 3/3/17 |
| 42. | Def's Subpoena Returned Executed to Union City High School | 36 | 3/3/17 |
| 43. | Def's Subpoena Returned Executed to AT&T | 37 | 3/3/17 |
| 44. | Plfs' Motion to Extend Time to File Expert Reports | 38 | 3/15/17 |
| 45. | Plfs' Final Expert Witness List | 39 | 3/15/17 |
| 46. | Order | 40 | 3/16/17 |
| 47. | Def Hitchcock's Responses to Plf's Supplemental Requests for Production of Documents | n/a | 3/16/17 |
| 48. | Def CRST's 2nd Supplemental Responses to Plf's First Interrogatories | n/a | 3/16/17 |
| 49. | Plf's Notice of Subpoena Duces Tecum to Verizon | 41 | 3/21/17 |
| 50. | Plf's Supplemental Expert Witness Disclosure | 42 | 3/22/17 |
| 51. | Plf's Notice to Take Deposition of Def CRST | n/a | 3/27/17 |
| 52. | Mediation Report | 43 | 3/27/17 |
| 53. | Plf's Supplemental Expert Witness Disclosure | 44 | 3/29/17 |
| 54. | Def CRST's Entry of Appearance David Proctor | 45 | 3/30/17 |
| 55. | Def Hitchcock's Entry of Appearance David Proctor | 46 | 3/30/17 |
| 56. | Def CRST's Entry of Appearance James Gibbs | 47 | 3/30/17 |
| 57. | Def Hitchcock's Entry of Appearance James Gibbs | 48 | 3/30/17 |
| 58. | Defs' Final Expert Witness List | 49 | 4/1/17 |
| 59. | Plf's Final Witness List | 50 | 4/3/17 |

| 60. | Defs' Notice of Subpoena to Geary Fire Dept. | 51 | 4/6/17 |
|---|---|---|---|
| 61. | Joint Motion for Extension of Time | 52 | 4/6/17 |
| 62. | Order Granting Doc 52 Extension of Deadlines | 53 | 4/7/17 |
| 63. | Def's Subpoena Returned Executed to Geary Fire Dept. | 54 | 4/10/17 |
| 64. | Plf's Final Witness List | 55 | 4/10/17 |
| 65. | Plf's Final Exhibit List | 56 | 4/10/17 |
| 66. | Plf's Motion to Exclude Certain Testimony and Opinions of Mark Sexton & Supporting Brief | 57 | 4/24/17 |
| 67. | Defs' Objection to Plf's Final Exhibit List | 58 | 4/24/17 |
| 68. | Defs' Final Witness List | 59 | 4/24/17 |
| 69. | Def's Privilege Log | n/a | 4/24/17 |
| 70. | Plf's Notice of Subpoena to Oklahoma Dept. of Transportation | 60 | 5/1/17 |
| 71. | Defs' Final Exhibit List | 61 | 5/1/17 |
| 72. | Plf's Notice of Subpoena to Testify at Deposition to Nina Holmes | 62 | 5/12/17 |
| 73. | Plf's Motion to Compel DPS to Comply with Subpoena | 63 | 5/12/17 |
| 74. | Defs' Response to Plfs' Motion to Exclude Mark Sexton & Brief in Support | 64 | 5/12/17 |
| 75. | Plf's Objections to Defs' Final Exhibit List | 65 | 5/15/17 |

5

7

44

6

5

6

6



## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**DEA ROSENBAUM,** individually, and next friend of, **Z.M.,** a minor,
v.
## CHARLES E. HITCHCOCK and CRST INTERNATIONAL, INC.
## Case No. CIV-16-0380-HE

# FEDERAL COURT PLEADINGS

| NO. | PLEADING NAME | DOCKET # | DATE | |
|-----|---------------|----------|------|---|
| 1. | Plf's Stipulation of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii) | 66 | 5/15/17 | 2 |
| 2. | Plf's Reply to Defs' Response to Plf's Motion to Exclude Testimony & Opinions of Mark Sexton | 67 | 5/19/17 | 11 |
| 3. | Defs' Motion to Exclude Certain Opinions of Plf's Expert Ronald Blevins and Brief in Support | 68 | 5/25/17 | |
| 4. | Defs' Motion to Exclude Certain Testimony & Opinions of Plf's Experts Lon Huff & William Clark & Brief | 69 | 5/25/17 | |
| 5. | Defs' Motion to Exclude the Testimony & Opinions of Gregory O'Shanick & Brief in Support | 70 | 5/25/17 | |
| 6. | Defs' Motion to Exclude Certain Testimony & Opinions of Plf's Expert Dr. Shawn Smith & Brief in Support | 71 | 5/25/17 | |
| 7. | Defs' Motion for Partial Summary Judgment & Brief | 72 | 5/25/17 | |
| 8. | Plf's Response to Defs' Motion to Exclude Certain Opinions of Ron Blevins & Brief in Support | 73 | 6/15/17 | 4 |
| 9. | Plf's Response to Defs' Motion to Exclude Opinions of Lon Huff & William Clark & Brief in Support | 74 | 6/15/17 | 29 |
| 10. | Plf's Response to Defs' Motion to Exclude Opinions of Dr. Shawn Smith | 75 | 6/15/17 | 39 |
| 11. | Plf's Objection to Defs' Motion for Partial Summary Judgment | 76 | 6/15/17 | 49 |
| 12. | Plf's Notice of Conventional Filing | 77 | 6/15/17 | 2 |

Ex 1-0050

1360

| 13. | Plf's Response to Defs' Motion to Exclude Opinions of Dr. Gregory O'Shanick | 78 | 6/15/17 | 144 |
| 14. | Plf's Response to Defs' Motion to Exclude Opinions of Dr. Shawn Smith | 79 | 6/15/17 | 223 |
| 15. | Court Notice to Disregard Docket No. 75 Response as Erroneously Filed | n/a | 6/16/17 | |
| 16. | Court Notice 2 DVDs of Docket No. 77 Filed at Clerk's Office | n/a | 6/16/17 | |
| 17. | Order Directing DPS to Respond to Motion to Compel | 80 | 6/16/17 | |
| 18. | Plf's Entry of Appearance – Stephen Smith | 81 | 6/19/17 | 2 |
| 19. | Defs' Reply Brief in Support of Motion for Partial Summary Judgment | 82 | 6/22/17 | |
| 20. | Defs' Reply in Support of Motion to Exclude Dr. Smith | 83 | 6/22/17 | |
| 21. | Defs' Reply in Support of Motion to Exclude Lon Huff & Will Clark | 84 | 6/22/17 | |
| 22. | Defs' Reply in Support of Motion to Exclude Ron Blevins | 85 | 6/22/17 | |
| 23. | Defs' Reply in Support of Motion to Exclude Dr. O'Shanick | 86 | 6/22/17 | |
| 24. | Plf's Subpoena to ODOT | 87 | 6/26/17 | 6 |
| 25. | Plf's Motion to Withdraw Motion to Compel DPS Doc 63 | 88 | 6/26/17 | 2 |
| 26. | Order Granting Doc 88 | 89 | 6/27/17 | |
| 27. | Order Granting Doc 72 | 90 | 6/27/17 | |
| 28. | Plf's Unopposed Motion for Admission Pro Hac Vice of David Holt | 91 | 6/28/17 | 4 |
| 29. | Order Granting Doc 91 | 92 | 6/28/17 | |
| 30. | Plf's Entry of Appearance – David Holt | 93 | 6/29/17 | 2 |
| 31. | Civil Trial Docket | 94 | 7/5/17 | |

383

| | | | | |
|---|---|---|---|---|
| 32. | Plf's Motion for Leave for Additional Time for Opening Statement | 95 | 7/10/17 | 3 |
| 33. | Plf's Deposition Designation of Charles Hitchcock | 96 | 7/16/17 | 20 |
| 34. | Plf's Deposition Designation of Charles Haffenden | 97 | 7/16/17 | 23 |
| 35. | Plf's Deposition Designation of Dr. O'Shanick | 98 | 7/17/17 | 3 |
| 36. | Plf's Deposition Designation of Nina Holmes | 99 | 7/17/17 | 23 |
| 37. | Plf's Proposed Voir Dire | 100 | 7/17/17 | 10 |
| 38. | Plf's Proposed Jury Instructions | 101 | 7/17/17 | 42 |
| 39. | Defs' Designations of Deposition Testimony to be Used at Trial | 102 | 7/17/17 | |
| 40. | Defs' Proposed Voir Dire | 103 | 7/17/17 | |
| 41. | Defs' Proposed Jury Instructions | 104 | 7/17/17 | |
| 42. | Defs' MIL to Exclude Use of Deposition Testimony Where Witnesses are Available to Testify | 105 | 7/17/17 | |
| 43. | Defs' MIL to Exclude Any Evidence of Hitchcock's Traffic Citation | 106 | 7/17/17 | |
| 44. | Defs' MIL to Exclude Troopers Dash Cam Video & Statements from Witnesses | 107 | 7/17/17 | |
| 45. | Plf's Motion in Limine | 108 | 7/17/17 | 18 |
| 46. | Defs' MIL to Exclude Cell Phone Use & Records | 109 | 7/17/17 | |
| 47. | Defs' MIL to Exclude Hitchcock's Drug Use & Tests | 110 | 7/17/17 | |
| 48. | Final Pre-Trail Report | 111 | 7/17/17 | |
| 49. | Defs' Trial Brief Re Constitutionality of Cap on Non-Economic Damages & Punitive Damages | 112 | 7/17/17 | |
| 50. | Defs' MIL to Exclude Any Evidence Re Dismissed Negligent Hiring, etc, & Subsequent Remedial Measures | 113 | 7/17/17 | |
| 51. | | | | |



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

**DEA ROSENBAUM,** individually, and next friend of, **Z.M.,** a minor,
v.
**CHARLES E. HITCHCOCK and CRST INTERNATIONAL, INC.**
**Case No. CIV-16-0380-HE**

## FEDERAL COURT PLEADINGS

| NO. | PLEADING NAME | DOCKET # | DATE |
|-----|---------------|----------|------|
| 1. | Plf's Motion to Continue | 114 | 7/19/17 |
| 2. | Order | 115 | 7/24/17 |
| 3. | Notice Resetting Docket to September Docket | n/a | 7/24/17 |
| 4. | Defs' Objections to Plf's Proposed Voir Dire | 116 | 7/24/17 |
| 5. | Defs' Objections to Plf's Proposed Jury Instructions | 117 | 7/24/17 |
| 6. | Plf's Motion for Extension of Time to File Response to Defs' Trial Brief | 118 | 7/24/17 |
| 7. | Plf's Objections to Defs' Proposed Jury Instructions | 119 | 7/24/17 |
| 8. | Order Granting Doc 118 | 120 | 7/25/17 |
| 9. | Def's Objections to Plf's Deposition Designations & Counter Designations | 121 | 7/25/17 |
| 10. | Plf's Objections to Defs' Deposition Designations & Counter Designations | 122 | 7/25/17 |
| 11. | Plf's Response to Defs' Motion to Exclude Use of Deposition Testimony Where the Witness is Available to Testify in Person | 123 | 7/31/17 |
| 12. | Plf's Response to Defs' MIL to Exclude Any Evidence of Cell Phone Usage & Policy | 124 | 7/31/17 |
| 13. | Plf's Response to Defs' Motion to Exclude Evidence of the Investigating Trooper's Dashcam Recording or Statements Made by the Def Hitchcock to the Trooper | 125 | 7/31/17 |

| 14. | Defs' Response to Plf's Motions in Limine | 126 | 7/31/17 | |
|---|---|---|---|---|
| 15. | Plf's Response to Defs' Trial Brief Re the Constitutionality of the Cap on Non-Economic Damage & the Availablity of Punitive Damages | 127 | 7/31/17 | 50 |
| 16. | Joint Statement Re Judicial Settlement Conference | 128 | 8/1/17 | |
| 17. | Order for Settlement Conference | 129 | 8/1/17 | |
| 18. | Defs' Reply to Plf's Response to Defs' Trial Brief | 130 | 8/7/17 | |
| 19. | Defs' Reply to Plf's Response to Defs' MIL to Exclude Evidence of Mention of Trooper's Dash Cam Recording or Statement Made by the Def Hitchcock to Troopers | 131 | 8/7/17 | |
| 20. | Defs' Reply to Plf's Response to Defs' MIL to Exclude Any Evidence of Cell Phone Usage & Policy | 132 | 8/7/17 | |
| 21. | Civil Trial Docket | 133 | 8/9/17 | |
| 22. | Defs' Motion for Leave to Take the Video Deposition of Dr. Dennis Foster & for Expedited Response | 134 | 8/10/17 | |
| 23. | Settlement Conference Order | 135 | 8/11/17 | |
| 24. | Plf's Response to Defs' Motion for Leave to Take Video Deposition of Dr. Dennis Foster | 136 | 8/14/17 | 2 |
| 25. | Plf's Motion for Continuance | 137 | 8/14/17 | 3 |
| 26. | Order Granting Def's Leave to Take Dr. Foster Depo | 138 | 8/15/17 | |
| 27. | Order Defs' Response to Plf's Motion for Add'l Cont | 139 | 8/18/17 | |
| 28. | Defs' Objection to Plf's Motion for Continuance of Trial Date | 140 | 8/21/17 | |
| 29. | Order Granting Plf's Motion for Continuance of Trial | 141 | 8/22/17 | |
| 30. | Resetting Docket from September to December | n/a | 8/22/17 | |
| 31. | Order Re Settlement Conference Results | 142 | 9/6/17 | |
| 32. | Plf's Notice of Deposition of Dr. O'Shanick | 143 | 9/20/17 | 2 |
| 33. | Civil Trial Docket | 144 | 11/2/17 | |



| | | | |
|---|---|---|---|
| 34. | Order for Summary Jury Trial | 145 | 11/2/17 |
| 35. | Order Setting Summary Jury Trial & Settlement Conference | 146 | 11/7/17 |
| 36. | Minute Entry Re Summary Jury Trial Held | 147 | 11/15/17 |
| 37. | Enter Order Re Case Did Not Settle | 148 | 11/16/17 |
| 38. | Defs' Offer of Judgment | n/a | 11/21/17 |
| 39. | Amended Docket Call Notice | 149 | 11/24/17 |
| 40. | Plf's Deposition Designation of Ronnie Rosenbaum | 150 | 11/27/17 |
| 41. | Plf's Motion to Amend Deposition Designation of Ronnie Rosenbaum | 151 | 11/28/17 |
| 42. | Minute Sheet of Proceedings | 152 | 11/29/17 |
| 43. | Notice of Subpoena to Dr. Lowrance | 153 | 11/30/17 |
| 44. | Counter Designation of Depo Testimony | 154 | 12/1/17 |
| 45. | Enter Order Resetting Jury Trial | 155 | 12/5/17 |
| 46. | Notice of Filing of Official Transcript | 156 | 12/6/17 |
| 47. | Plf's Notice to Take Deposition of Dr. Doris Wise | 157 | 12/7/17 |
| 48. | Plf's Notice to Take Deposition of Ronnie Rosenbaum | 158 | 12/7/17 |
| 49. | Plf's Unopposed Motion to Amend Scheduling Order | 159 | 12/8/17 |
| 50. | Plf's Opposed Motion Re Use to Demonstrative Exhibits During Opening Statement & Trial | 160 | 12/8/17 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

**DEA ROSENBAUM**, individually, and next friend of, **Z.M.**, a minor,
v.
**CHARLES E. HITCHCOCK and CRST INTERNATIONAL, INC.**
**Case No. CIV-16-0380-HE**

## FEDERAL COURT PLEADINGS

| NO. | PLEADING NAME | DOCKET # | DATE | |
|-----|---------------|----------|------|---|
| 1. | Order Re Exchange Demonstrative Exhibits Deadline | 161 | 12/8/17 | |
| 2. | Order Granting Doc 159 Motion to Amend Scheduling Order | 162 | 12/11/17 | |
| 3. | Plf's Designation of Deposition Testimony of Gregory O'Shanick, MD | 163 | 12/11/17 | 39 |
| 4. | Plf's Amended Deposition Designations | 164 | 12/11/17 | 2 |
| 5. | Plf's Notice of Subpoena to Mercy Clinic El Reno | 165 | 12/12/17 | 5 |
| 6. | Plf's Notice of Subpoena to Christy Wilson | 166 | 12/12/17 | 5 |
| 7. | Defs' Unopposed Motion to Amend Scheduling Order | 167 | 12/12/17 | |
| 8. | Order Granting Doc 167 | 168 | 12/14/17 | |
| 9. | Defs' Designation of Deposition Testimony to be Used at Trial | 169 | 12/15/17 | |
| 10. | Plf's Objection & Counter-Designations of Dr. Foster Deposition Testimony | 170 | 12/19/17 | 2 |
| 11. | Defs' Objection to Plf's Depo Designations & Counter-Designations of Dr. O'Shanick | 171 | 12/19/17 | |
| 12. | Plf's Proof of Service of Subpoena on Mercy Clinic | 172 | 12/20/17 | 2 |
| 13. | Defs' Response to Plf's Objection & Counter Designations of Dr. Foster | 173 | 12/22/17 | |
| 14. | Plf's Objections to Defs' Counter Designations of Deposition Testimony of Dr. O'Shanick | 174 | 12/22/17 | 3 |

| 15. | Plf's Designation of Video-Taped Deposition Testimony of Dr. Doris Wise | 175 | 12/27/17 | 23 |
| 16. | Plf's Designation of Video-Taped Deposition Testimony of Ronnie Rosenbaum | 176 | 12/27/17 | 13 |
| 17. | Order Re Dr. O'Shanick Deposition Designations | 177 | 12/28/17 | |
| 18. | Defs' Objections to Plf's Depo Designations & Counter Designations of Ronnie Rosenbaum | 178 | 12/28/17 | |
| 19. | Defs' Objections to Plf's Depo Designations & Counter Designations of Dr. Wise | 179 | 12/28/17 | |
| 20. | Plf's Objection to Defs' Counter Designations to Deposition of Dr. Doris Wise | 180 | 12/29/17 | 3 |
| 21. | Plf's Objection to Defs' Counter Designations to Deposition of Ronnie Rosenbaum | 181 | 12/29/17 | 3 |
| 22. | Plf's Motion to Compel Non-Party Mercy Clinic El Reno | 182 | 1/2/18 | 7 |
| 23. | Order Denying Doc 182 | 183 | 1/3/18 | |
| 24. | Order Re Deposition Designations | 184 | 1/4/18 | |
| 25. | Order Re Joint List of Witnesses | 185 | 1/5/18 | |
| 26. | Order Re Deposition Designations of Nina Holmes | 186 | 1/8/18 | |
| 27. | Minute Order Re Final Pre-Trial Conference | 187 | 1/8/18 | |
| 28. | Minute Order Re Jury Trial Day 1 | 188 | 1/9/18 | |
| 29. | Minute Order Re Jury Trial Day 2 | 189 | 1/10/18 | |
| 30. | Minute Order Re Jury Trial Day 3 | 190 | 1/11/18 | |
| 31. | Minute Order Re Jury Trial Day 4 | 191 | 1/12/18 | |
| 32. | Minute Order Re Jury Trial Day 5 | 192 | 1/16/18 | |
| 33. | Minute Order Re Jury Trial Day 6 | 193 | 1/17/18 | |
| 34. | Court's Instructions to the Jury | 194 | 1/17/18 | |



| 35. | Joint Exhibit & Witness List | 195 | 1/17/18 |
|-----|------------------------------|-----|---------|
| 36. | Jury Note No. 1 | 196 | 1/17/18 |
| 37. | Jury Note No. 2 | 197 | 1/17/18 |
| 38. | Jury Note No. 3 | 198 | 1/17/18 |
| 39. | Jury Note No. 4 | 199 | 1/17/18 |
| 40. | Jury Verdict Form | 200 | 1/17/18 |
| 41. | Judgment | 201 | 1/17/18 |
| 42. | | | |
| 43. | | | |
| 44. | | | |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |

# FEES FOR WITNESSES

# INDEX

| NO. | DESCRIPTION | AMOUNT | BATES NO. |
|---|---|---|---|
| 1. | Trooper Sean Haney Witness & Mileage Fees | $225.82 | 1-0059 |
| 2. | Nina Holmes Witness & Mileage Fees | $206.00 | |
| 3. | Dr. Richard Lowrance Witness Fee | $ 40.00 | |
| **TOTAL** | | **$471.82** | |

**Laizure Law PLLC**

1070

Sean Haney

| Date | Type | Reference | Original Amt. | Balance Due | 11/27/2017<br>Discount | Payment |
|---|---|---|---|---|---|---|
| 11/27/2017 | Bill | Rosenbaum Mileage | 225.82 | 225.82 | | 225.82 |
| | | | | | Check Amount | 225.82 |

| | | |
|---|---|---|
| Arvest Expense Acco | Rosenbaum Mileage & Witness for Federal Cour | 225.82 |

BLUE LINEN

# FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE

# INDEX

| NO. | DESCRIPTION | AMOUNT | BATES NO. |
|---|---|---|---|
| 1. | Trial Exhibits Holmes VTD | $    95.10 | 1-0060 |
| 2. | Media Presentation Fees | $  750.00 | 1-0061 – 1-0062 |
| 3. | In-house Printing & Copying for Trial Notes | $2,520.00 | 1-0063 |
| 4. | Indexes for Notebooks Made for Trial & Pages Counted - 1,035 Pages in Notebooks | $155.25 | 1-0064 – 1-0068 |
| 5. | Trial Exhibits – Foam Prints | $636.54 | 1-0069 – 1-0070 |
| 6. | Trial Exhibits – Blown Up & Mounted | $2,337.00 | 1-0071 – 1-0072 |
| 7. | Trial Exhibits – Foam Mounts | $319.36 | 1-0073 – 1-0074 |
| 8. | Trial Exhibits – Binders | $851.55 | 1-0075 – 1-0076 |
| TOTAL | | $7,664.80 | |

Trial Exhibits Holmes VTD.

**FedEx Office**

FedEx Office is your destination
for printing and shipping.

2205 SW 74TH ST
Oklahoma City, OK 73159
Tel: (405) 685-6464

5/31/2017          4:58:04 PM CST
Team Member: Rhiannon C.

SALE

| | | | |
|---|---|---|---|
| CLR 1S on 32# Wht | 39 @ | 0.7500 T | |
| 000224 Reg. Price | 0.75 | | |
| CLR 1S on 32# Wht | 39 @ | 0.7500 T | |
| 000224 Reg. Price | 0.75 | | |
| CLR 1S on 32# Wht | 39 @ | 0.7500 T | |
| 000224 Reg. Price | 0.75 | | |

| | | |
|---|---|---|
| Regular Total | 87.75 | |
| Discounts | 0.00 | |

Total                                87.75

| | |
|---|---|
| Sub-Total | 87.75 |
| Tax | 7.35 |
| Deposit | 0.00 |

Total                                   95.10

AmEx (S)                             95.10
Account: 4009
Auth: 544260 (A)

Total Tender                         95.10
Change Due                            0.00

WARN00027

Ex 1-0060



# INVOICE

**CABIN FEVER** *Communications.com*

Cabin Fever Communications | Attn. Harry Hindmarsh
2408 Heutte Drive
Norfolk, Virginia 23518
757-535-8484

*DATE:* December 1, 2017
*INVOICE #* SS-156

*FOR:* Marketing Communications

*BILL TO:* Maria Browning
C/O Stephen Smith
2100 Kecoughtan Road
Hampton, VA 23661
757-244-7000

*Dea Rosenbaum*

| DESCRIPTION | AMOUNT | |
|---|---|---|
| Media Presentation - Prepare ~~Jasmine Coutts~~ Case (6.5 hours at $125) | $ | 750.00 |
| Edits, final programming and launching of the Smith Law Center website | $ | 2,275.00 |
| BILC -Letterhead | | 267.34 |
| BILC - Envelopes | | 343.16 |
| Shipping for letterhead and envelopes | | 94.11 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | *SUBTOTAL* | $ | 3,729.61 |
| | *TAX RATE* | 0.00% |
| | *SALES TAX* | - |
| | *OTHER* | - |
| | **TOTAL** | $ | 3,729.61 |

Make all checks payable to **Cabin Fever Communications.**
Due upon received and *THANK YOU FOR YOUR BUSINESS!*



JOSEPH H. SMITH, LTD.
ATTORNEYS & COUNSELORS AT LAW
2100 KECOUGHTAN RD NW
HAMPTON, VA 23661
(757) 244-7000

TOWNEBANK
1 OLD OYSTER POINT RD. STE. 300
NEWPORT NEWS, VA 23602
68-894/514

3713

PAY TO THE
ORDER OF   Cabin Fever Communications

Three Thousand Seven Hundred Twenty-Nine and 61/100 ************

12/4/2017

$  **3,729.61

Cabin Fever Communications
Attn: Harry Hindmarsh
2408 Heutte Drive
Norfolk, VA 23518

DOLLARS

AUTHORIZED SIGNATURE

MEMO
Inv #SS-156

Security features. Details on back.

⑆051401⑆ ⑈05144911400⑈ 24 274 08⑈

$750.00 of this
check is for
Dea Rosenbaum case
see
attached
invoice

Ex 1-0062



Monty L. Cain
monty@cainlaw-okc.com

David K. Hilbern
david@cainlaw-okc.com

Rick E. Powell
rick@cainlaw-okc.com

Anthony M. Alfonso
anthony@cainlaw-okc.com

**CAIN LAW OFFICE**
10415 Greenbriar Place, Suite A
P.O. Box 892098
Oklahoma City, Oklahoma 73189
Telephone: (405) 759-7400 Facsimile: (405) 759-7424

January 25, 2018

# Bill of Costs

| Filing Fees | Federal Court | **$400.00** |
|---|---|---|
| Trial Subpoenas | Nina Holmes VTD and mileage | $ 206.00 |
| | Dr. Lowrance Trial | $ 40.00 |
| | | **$ 246.00** |
| Court Reporter/Videographer-Depo | *US Legal-Dea and Larry's depo | $ 695.75 |
| | *Ashville Reporting-Depo and video for Nina Holmes VTD | $ 620.40 |
| | *Professional Rptrs-Brenda, Ronnie, Dea's 2nd depo | $ 653.90 |
| | *Professional Rptrs-Dr. Conley | $ 239.45 |
| | *Professional Rptrs-Dr. Ruwe Depo | $ 415.30 |
| | *Professional Rptrs- Lon Huff  Depo | $ 215.45 |
| | *Professional Rptrs-Dr. Smith Depo | $ 269.56 |
| | *Professional Rptrs-Steven Terry | $ 138.30 |
| | *Professional Rptrs-Anthony Spencer | $ 152.85 |
| | *Professional Rptrs-Ronnie Rosenbaum and Record (Mercy) | $ 539.09 |
| | *Professional Rptrs-video Ronnie | $ 265.00 |
| | | **$ 4,205.05** |
| In-house Printing and Copying (.15 cent) | JI, MIL, Motions Notebook 821 pages | $ 123.15 |
| | Witness Notebooks | |
| | *Steve Terry- 24 pages | $ 3.60 |
| | * Brenda Brady- 55 pages | $ 8.25 |
| | * Dr. Conley- 307 pages | $ 46.05 |
| | * Dea Rosenbaum- 126 pages | $ 18.90 |
| | * Dr. Lowrance- 205 pages | $ 30.75 |
| | *Ronnie Rosenbaum- 42 pages | $ 6.30 |
| | *Plaintiff, Defendant, and Federal Court Notebooks -15,220 pages | $ 2,283.00 |
| | | **$ 2,520.00** |
| Every page filed with the court | Federal Court pages | **834 pages** |
| Trial Exhibits | Holmes VTD- FedEx Office | $ 95.10 |
| | Federal Court and Plaintiff's Notebooks- FedEx Office | $ 851.55 |
| | | **$ 946.65** |
| Demonstrative Blow up Trial Exhibits | FedEx Office | $ 319.36 |
| | | $ 636.54 |
| | | **$ 955.90** |
| Total | | **$ 9,273.60** |

*Total Pages for Notebooks 1,035*

*3   $155.25*

## INDEX

| NO. | DESCRIPTION | |
|-----|-------------|---|
| 1. | Plf's Motion in Limine Doc 108 | 18 |
| 2. | Defs' Response to Plf's Motions in Limine Doc 126 | 22 |
| 3. | Defs' Motion in Limine to Exclude Use of Deposition Testimony Where the Witness is Available to Testify in Person, & Brief Doc 105 | 6 |
| 4. | Plf's Response to Defs' Motion to Exclude Use of Deposition Testimony Where the Witness is Available to Testify in Person Doc 123 | 3 |
| 5. | Defs' Motion in Limine to Exclude Any Evidence or Mention of Def Hitchcock's Traffic Citation & Brief Doc 106 | 14 |
| 6. | Defs' Motion in Limine to Exclude Any Evidence or Mention of the Investigating Trooper's Dash Cam Recording, Statements Made by Def Hitchcock to the Trooper & Any Insinuation that Hitchcock is a Liar Doc 107 | 11 |
| 7. | Plf's Response to Defs' Motion to Exclude Evidence of the Investigating Trooper's Dash Cam Recording or Statements Made by Def Hitchcock to the Trooper Doc 125 | 8 |
| 8. | Defs' Reply to Response to Defs' Motion in Limine to Exclude Any Evidence or Mention of the Investigating Trooper's Dash Cam Recording, Statements Made by Def Hitchcock to the Trooper & Any Insinuation that Hitchcock is a Liar Doc 131 | 11 |
| 9. | Defs' Motion in Limine to Exclude Any Evidence, Mention, or Allegation of Cell Phone Usage Prior to or at the Time of the Accident, Cell Phone Records, or CRST's Cell Phone Policy, & Brief in Support Doc 109 | 26 |
| 10. | Plf's Response to Defs' Motion in Limine to Exclude Any Evidence of Cell Phone Usage & Policy Doc 124 | 5 |
| 11. | Defs' Reply to Plf's Response to Motion in Limine to Exclude Any Evidence, Mention, or Allegation of Cell Phone Usage, Cell Phone Records, Or CRST's Cell Phone Policy & Brief Doc 132 | 5 |
| 12. | Defs' Motion in Limine to Exclude Any Evidence or Mention of (1) Def Hitchcock's Prior Drug/Alcohol Use or A Failure to Conduct a Post-Accident Drug Test, (2) Any Opinions on Causation by the Investigating Officer or Contained in the Oklahoma Traffic Collision Report & (3) Liability Insurance Doc 110 | 22 |
| 13. | Defs' Motion in Limine to Exclude Any Evidence or Documents Relating to (1) Plf's Dismissed Negligent Hiring, Training, or Entrustment Action, & (2) Subsequent Remedial Measures & Brief in Support Doc 113 | 16 |



171

# INDEX

9

| NO. | DESCRIPTION | |
|---|---|---|
| 1. | Plf's Designation of Deposition Testimony (Nina Holmes) Doc 99 | 23 |
| 2. | Defs' Objections to Plf's Depo Designations & Counter Designations (Holmes) Doc 121 | 9 |
| 3. | Plf's Amended Deposition Designations Doc 164 | 2 |
| 4. | Plf's Designation of Depo Testimony of Dr. Gregory O'Shanick Doc 163 | 39 |
| 5. | Defs' Objections to Plf's Depo Designations & Counter Designations of Dr. O'Shanick Doc 171 | 4 |
| 6. | Plf's Objections to Defs' Counter-Designations of Depo Testimony of Dr. O'Shanick Doc 174 | 3 |
| 7. | Order Re Dr. O'Shanick Depo Designations Doc 177 | 1 |
| 8. | Defs' Designations of Depo Testimony of Dr. Dennis Foster Doc 169 | 3 |
| 9. | Plf's Objection & Counter-Designations of Dr. Foster Depo Testimony Doc 170 | 2 |
| 10. | Defs' Response to Plf's Objections & Counter Designations of Dr. Foster Doc 173 | 3 |
| 11. | Order Re Dr. Foster Depo Designations Doc 184 | 1 |
| 12. | Plf's Designation of Video-Depo Testimony of Dr. Wise Doc 175 | 23 |
| 13. | Defs' Objections to Plf's Depo Designations & Counter Designations Dr. Wise Doc 179 | 4 |
| 14. | Plf's Objections to Defs' Counter Designations to Dr. Wise Depo Doc 180 | 3 |
| 15. | Order Re Dr. Wise Depo Designations Doc 184 | 1 |
| 16. | Defs' Counter Designations to Plf's Designations of Ronnie Rosenbaum Doc 154 | 10 |
| 17. | Plf's Designation of Video Trial Depo Testimony of Ronnie Rosenbaum Doc 176 | 13 |
| 18. | Defs' Objections to Plf's Depo Designations & Counter Designations Doc 178 | 3 |
| 19. | Plf's Objections to Defs' Depo Counter Designations of Ronnie Rosenbaum Doc 181 | 3 |
| 20. | Order Re Ronnie Rosenbaum Depo Designations Doc 184 | 1 |




Ex 1-0065

# INDEX

| NO. | DESCRIPTION | |
|---|---|---|
| 1. | Defs' Trial Brief Re The Constitutionality of the Cap of Non-Economic Damages and the Availability of Punitive Damages Doc 112 | 27 |
| 2. | Plf's Response to Defs' Trial Brief Re The Constitutionality of the Cap of Non-Economic Damages and the Availability of Punitive Damages Doc 127 | 50 |
| 3. | Defs' Reply to Response to Defs' Trial Brief Re The Constitutionality of the Cap of Non-Economic Damages and the Availability of Punitive Damages Doc 130 | 90 |
| 4. | Final Pretrial Report Doc 111 | 25 |
| 5. | Plf's Final Witness List Doc 55 | 5 |
| 6. | Plf's Final Exhibit List Doc 56 | 7 |
| 7. | Defs' Objection to Plf's Final Exhibit List Doc 58 | 12 |
| 8. | Defs' Final Witness List Doc 59 | 7 |
| 9. | Defs' Final Exhibit List Doc 61 | 4 |
| 10. | Plf's Objections to Defs' Final Exhibit List Doc 65 | 6 |



234

# INDEX

 45

| NO. | DESCRIPTION | |
|-----|-------------|---|
| 1. | Opening Statement | |
| 2. | Trooper Sean Haney | 16 |
| 3. | Charles Hitchcock | 45 |
| 4. | Lon Huff | 29 |
| 5. | Dr. William Clark | 34 |
| 6. | Dr. Richard Lowrance | 8 |
| 7. | Dr. David Johnsen | 21 |
| 8. | Christy Wilson | |
| 9. | Summary Jury Trial Transcript | 101 |
| 10. | Closing Argument | |
| 11. | | |
| 12. | | |
| 13. | | |



Ex 1-0067

# INDEX

5

| NO. | DESCRIPTION | |
|-----|-------------|---|
| 1. | Plf's Proposed Voir Dire Doc 100 | 10 |
| 2. | Defs' Objections to Plf's Proposed Voir Dire Doc 116 | 5 |
| 3. | Defs' Proposed Voir Dire Doc 103 | 5 |
| 4. | Plf's Proposed Jury Instructions Doc 101 | 42 |
| 5. | Defs' Objections to Plf's Proposed Jury Instructions Doc 117 | 5 |
| 6. | Defs' Proposed Jury Instructions Doc 104 | 23 |
| 7. | Plf's Objections to Defs' Proposed Jury Instructions Doc 119 | 5 |



100



FedEx Office is your destination
for printing and shipping.


2205 SW 74TH ST
Oklahoma City, OK 73159
Tel: (405) 685-5464

1/4/2018                2:08:50 PM CST
Team Member: Jide A.
Customer: Anthony Alfonso

                SALE

```
1                     Qty 4    204.00

DP FoamPrint SS SqFt      24 @   8.5000 T
 002206 Reg. Price        10.00

   Price per piece       51.00
   Regular Total        240.00
   Discounts             36.00


PX90-12               Qty 1     51.00

DP FoamPrint SS SqFt       6 @   8.5000 T
 002206 Reg. Price        10.00

   Price per piece       51.00
   Regular Total         60.00
   Discounts             9.00


PX-90-18              Qty 1     51.00

DP FoamPrint SS SqFt       6 @   8.5000 T
 002206 Reg. Price        10.00

   Price per piece       51.00
   Regular Total         60.00
   Discounts             9.00


PX-93-01              Qty 1     51.00

DP FoamPrint SS SqFt       6 @   8.5000 T
 002206 Reg. Price        10.00

   Price per piece       51.00
   Regular Total         60.00
   Discounts             9.00


Combined              Qty 4    204.00

 DP FoamPrint SS SqFt     24 @   8.5000 T
```

*File Enhancement*    5 @   5.0000 T
  004373 Reg. Price   5.00

  Price per piece   25.00
  Regular Total   25.00
  Discounts   0.00

Sub-Total   586.00
Tax   50.54
Deposit   0.00

Total   636.54

AmEx (S)   636.54
  Account: 4009
  Auth: 505389 (A)

  Total Tender   636.54
  Change Due   0.00

  Total Discounts   99.00



*4205005467 2*

Tell us how we're doing and receive
5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code:____ Offer expires 06/30/18

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all the
FedEx Office terms and conditions,
including limitations of liability,
located at fedex.com/office, or you
may request a copy of our terms and
conditions, which will be made available
to you upon request.

Ex 1-0070



# INVOICE

| | |
|---|---|
| **DATE:** | January 5, 2018 |
| **INVOICE #** | SS-156 |
| **FOR:** | Marketing Communications |
| **BILL TO:** | Maria Browning |
| | C/O Stephen Smith |
| | 2100 Kecoughtan Road |
| | Hampton, VA 23661 |
| | 757-244-7000 |

**Cabin Fever Communications | Attn. Harry Hindmarsh**
2408 Heutte Drive
Norfolk, Virginia 23518
757-535-8484

| DESCRIPTION | AMOUNT |
|---|---|
| Create 3' x 4' highres screens for Oaklhoma City presentation (8 hours @ $125) | $ 1,000.00 |
| Four 3' x 4' hi-res prints ($258 each) | $ 912.00 |
| Quarter inch backing with glue and time to mount - four total | 425.00 |
| Pack for shipping and deliver to Fed Ex | N/C |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| | SUBTOTAL | $ 2,337.00 |
| | TAX RATE | 0.00% |
| | SALES TAX | - |
| | OTHER | - |
| | **TOTAL** | $ 2,337.00 |

Make all checks payable to **Cabin Fever Communications.**
Due upon received and *THANK YOU FOR YOUR BUSINESS!*



Rosen Baum  Trial.

**FedEx Office.** �֍

FedEx Office is your destination
 for printing and shipping.


2205 SW 74TH ST
Oklahoma City, OK 73159
Tel: (405) 685-5464

1/6/2018              1:41:31 PM CST
Team Member: Erika R.
Customer: Anthony Alfonso

                SALE


A-PX 89-27          Qty 1    73.50

Matte Paper/SqFt        6 @    7.2500 T
  001450 Reg. Price      7.25
24x36 Foam Mount        1 @   30.0000 T
  000400 Reg. Price     30.00

   Price per piece   73.50
   Regular Total      73.50
   Discounts           0.00


B-PX 89-27          Qty 1    73.50

24x36 Foam Mount        1 @   30.0000 T
  000400 Reg. Price     30.00
Matte Paper/SqFt        6 @    7.2500 T
  001450 Reg. Price      7.25

   Price per piece   73.50
   Regular Total      73.50
   Discounts           0.00


C-PX 89-27          Qty 1    73.50

24x36 Foam Mount        1 @   30.0000 T
  000400 Reg. Price     30.00
Matte Paper/SqFt        6 @    7.2500 T
  001450 Reg. Price      7.25

   Price per piece   73.50
   Regular Total      73.50
   Discounts           0.00


D-PX 89-27          Qty 1    73.50

24x36 Foam Mount        1 @   30.0000 T
  000400 Reg. Price     30.00
Matte Paper/SqFt        6 @    7.2500 T
  001450 Reg. Price      7.25

Ex 1-0073



Sub-Total                    294.00
Tax                           25.36
Deposit                        0.00

**Total**                   **319.36**

AmEx (S)                     319.36
Account: 4009
Auth: 520197 (A)

Total Tender                 319.36
Change Due                     0.00

Total Discounts    0.00

*4205002 8613*

Tell us how we're doing and receive

*Rosenbaum Trial*

**FedEx Office.** ✱

FedEx Office is your destination
for printing and shipping.

2205 SW 74TH ST
Oklahoma City, OK 73159
Tel: (405) 685-5464

1/8/2018                6:03:14 PM CST
Team Member: Rhiannon C.
Customer: Jennifer Rayson

                  SALE

| A-Binder2 | Qty 1 | 268.77 |
|---|---|---|
| CLR 1S on 32# Wht | 352 @ | 0.7500 T |
| 000224 Reg. Price | 0.75 | |
| Drill Per Sheet | 352 @ | 0.0100 T |
| 000371 Reg. Price | 0.01 | |
| Drilling Setup | 1 @ | 1.2500 T |
| 000372 Reg. Price | 1.25 | |

| Price per piece | 268.77 |
|---|---|
| Regular Total | 268.77 |
| Discounts | 0.00 |

| B-Binder2 | Qty 1 | 515.17 |
|---|---|---|
| CLR 1S MatCvr 8.5x11 | 352 @ | 1.4500 T |
| 040317 Reg. Price | 1.51 | |
| Drill Per Sheet | 352 @ | 0.0100 T |
| 000371 Reg. Price | 0.01 | |
| Drilling Setup | 1 @ | 1.2500 T |
| 000372 Reg. Price | 1.25 | |

| Price per piece | 515.17 |
|---|---|
| Regular Total | 536.29 |
| Discounts | 21.12 |

| Sub-Total | 783.94 |
|---|---|
| Tax | 67.61 |
| Deposit | 0.00 |
| Total | 851.55 |

Ex 1-0075

Deposit                                                                              0.00

Total                                                                              851.55

AmEx ($)                                                                           851.55
    Account: 4009
    Auth: 588603 (A)

Total Tender                                                                       851.55
Change Due                                                                           0.00

Total Discounts        21.12

Tell us how we're doing and receive
-5% off your next print order
fedex.com/welisten or 1-800-398-0242
Offer Code: _____ Offer expires 06/30/18

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all the
FedEx Office terms and conditions,
including limitations of liability,

*420501683 37*

Ex 1-0076